# AGREEMENT

**AGREEMENT** (the "Agreement") made and entered into on the **18** day of **MARCH** 2008, by and among:

Laura Romfh, an individual with her residence at 100 W. 5th St., Unit 5A, Long Beach, CA 90802.

ENGLISH RIDING SUPPLY, INC. ("ERS"), a corporation organized and under the laws of the State of Pennsylvania, having an office and place of business at 520 Kane Street, Scranton, PA 18505.

## WITNESSETH

**WHEREAS:** Laura Romfh owns all right title and interest in the United States—and throughout the world in the brand and tradeMARK Romfh registered in the United States under the Serial Number 78921504 and Registration Number 3239504 (hereinafter referred to as the "MARKS"), and the goodwill associated with the MARKS;

**WHEREAS:** Laura Romfh has established a market for goods and/or services consisting of: Anti-perspirant socks; Belts; Bras; Briefs; Caps; Denim jackets; Denims; Dress shirts; Gloves; Gloves including those made of skin, hide or fur; Golf shirts; Head wear; Heavy jackets; Jackets; Jerseys; Jogging pants; Knit shirts; Knitted underwear; Ladies' suits; Ladies' underwear;

EXHIBIT A

Leather jackets; Long jackets; Men and women jackets, coats, trousers, vests; Men's socks; Men's suits, women's suits; Mock turtle-neck sweaters; Open-necked shirts; Piquet shirts; Polo shirts; Quilted vests; Rain jackets; Rainproof jackets; Riding gloves; Shirts; Shirts for suits; Short-sleeved or long-sleeved t-shirts; Short-sleeved shirts; Sleep shirts; Sleeved or sleeveless jackets; Socks; Socks and stockings; Sport shirts; Sports bra; Sports jackets; Suede jackets; Suit coats; Suits; Sweat pants; Sweat shirts; Sweat suits; Sweaters; T-shirts; Thermal socks; Thermal underwear; Thongs; Ties; Tops; Track suits; Turtleneck sweaters; Underwear; V-neck sweaters; Vests; Warm up suits; Waterproof jackets and pants; Wind resistant jackets; Wind shirts; Wind vests; Wind-jackets; Women's underwear; Woven or knitted underwear.

**WHEREAS:** ERS is a manufacturer, distributor, and retailer of equestrian/athletic goods, equipment, and apparel and desires to market goods including but not limited to the items listed above, having the exclusive right to do so under the MARKS within the United States and throughout the world; and

### NOW THEREFORE

In consideration of the mutual promises, covenants, representations and warranties herein set forth, and for other good and valuable consideration, the receipt and sufficiency of

EXHIBIT A

which are hereby expressly acknowledged, the parties agree as follows:

1.    Laura Romfh grants ERS a 50% interest in the Romfh brand and trademark (referred to collectively or individually as "MARKS") for a price of twelve thousand dollars, ($12,000) and the exclusive right to use the MARKS throughout the world.

2.    As between the parties, Laura Romfh and ERS are each 50% owners of all rights, title and interest in and to the MARKS.

3.    Laura Romfh agrees to cooperate with ERS in obtaining and maintaining trademark, trade dress, copyright and patent protection for any and all intellectual property created by either party, including but not limited to MARKS, slogans, trade dress, and designs.

4.    Laura Romfh is responsible, and will indemnify and hold ERS harmless from any claims arising from the sale of Romfh goods or services under the MARKS prior to execution of this Agreement, and represents that there are no claims with respect to the MARKS other than those listed and detailed in Exhibit A.

EXHIBIT A

5.    The parties recognize the importance of protecting the MARKS from infringement or encroachment. Laura Romfh and ERS shall promptly notify each other in writing of any perceived infringement or encroachment of the MARKS.

6. ERS shall have the option of assuming responsibility for any actions at its sole cost and expense, with counsel of ERS's choosing.

7.    ERS's interest in the brand and the MARKS may be assigned by ERS to a successor-in-interest to ERS, provided said successor-in-interest accepts all rights and obligations of this Agreement.

8.    Laura Romfh shall not transfer ownership in the MARKS without written approval of ERS and ERS will have the right of first refusal to acquire the MARKS under the terms herein set forth or under terms equal to those of a *bona fide* potential transferee, whichever is less.

9.    Laura Romfh agrees to develop two product lines each year for consideration by ERS.  This shall include but not be limited to:

a. Providing an overview of the line concept

EXHIBIT A

b. Providing sketches of the intended line

c. Providing an estimate of line development and product costs

d. Working with manufacturers to complete the line through production samples and monitoring production for quality control

e. Initiate sample and photo requests with vendors

f. Research new fabrics and design concepts

10. ERS will owe Laura Romfh a royalty in the amount of 6% of the ERS Dealer "Q Price", upon sale of goods designed and developed exclusively by Laura Romfh for sale under the MARKS. In addition ERS will reimburse Laura Romfh for all reasonable travel expenses incurred for designing and developing product to be sold by ERS, provided said expenses be pre approved in writing by an officer of ERS.

11. Royalties will be calculated on a monthly basis and payable quarterly within thirty (30) days of the end of each calendar quarter.

12. Notwithstanding the provisions of Paragraph 9, royalties for a given quarter will be adjusted to reflect returned goods, allowances and back charges, and there will be

EXHIBIT A

no royalties for the sale of products at or below landed cost, up to a maximum of twenty (20) percent of ERS' total sales during said quarter.

13.   If the pricing and royalty structure fails to make a product profitable or cost effective, the parties will either agree upon acceptable royalty terms, or terminate sales of that product under the MARKS.

14.   During the term of this Agreement, Laura Romfh agrees to make available in writing to ERS prompt and full disclosure of all inventions, discoveries, improvements and ideas, whether or not intellectual property that can be protected, which are conceived, made or developed by Laura Romfh with respect to the product lines encompassed by the MARKS.

15.   During the term of this Agreement and for one (1) year after its termination, Laura Romfh may not act as a trustee, officer, or consultant for a competitor of ERS.   If the Agreement is terminated by ERS this duration shall be reduced to (3) three months.

16.   Laura Romfh agrees that during the term of this Agreement, and for a period of one (1) year after its

Page 6 of 9

EXHIBIT A

termination, she will not promote, assist in the promotion and/or design, transmit, accept orders or sell any product or goods which are competitive with goods sold by ERS under the MARKS, with the exception of "earth friendly horses" and "Triathlon clothing".

17. Any notice or communication required or permitted under this Agreement shall be delivered personally, telegraphed, telexed, sent by facsimile transmission or sent by certified, registered or express mail or messenger service, postage prepaid, addressed as follows:

To Laura Romfh

100 W. 5th St.

Unit 5A

Long Beach, CA 90802

To ERS

520 Kane Street

Scranton, PA 18505

Attn: John Logerfo

The designation of the party to be so notified or the address of such party for purposes of such notice may be changed from time

EXHIBIT A

to time by similar notice to be effective ten (10) days after such change is supplied.

17.  The parties hereto expressly agree, for all purposes, that the terms and interpretation of this Agreement shall be governed by and construed in accordance with the laws of the State of Pennsylvania without regard to its Rules of conflicts of law.

18.  Any provision or provisions of this Agreement that in any way contravene the laws of any state or country in which this Agreement is effective shall, in such state or country as the case may be, and to the extent of such contravention of local law, be deemed separable and shall not effect any other provision or provisions of this Agreement.

19.  This Agreement constitutes the entire agreement of the parties with respect to the subject matter hereof and may not be modified except by a writing signed by both parties.

Laura Romfh

ENGLISH RIDING SUPPLY, INC.

By _____ MARCH 25, 2006

EXHIBIT A

EXHIBIT A

SENDER: COMPLETE

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura Romth
100 W. 5th Street
Long Beach, CA
90802

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-154

**EXHIBIT A**



EXHIBIT A