NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
1905 S. New Market St., Ste. 169
Carmel, IN 46032
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

ATTORNEY(S) FOR:  Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CORSI, LAURA F., a/k/a ROMFH, LAURA F.<br><br>Plaintiff(s),<br><br>v.<br><br>ENGLISH RIDING SUPPLY, INC., et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-02238-DMG-KES<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ PLAINTIFF _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NONE | |

March 18, 2025
Date

/s/ Katie M. Charleston
Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES