POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | *FOR COURT USE ONLY* |
|---|---|
| KATIE M. CHARLESTON, ESQ. | SBN: 252422<br>KATIE CHARLESTON  LAW, PC<br>PO Box 4570   North Myrtle Beach, SC 295974570<br><br>TELEPHONE NO.: (317) 663-9190 | FAX NO. | E-MAIL ADDRESS *(Optional):* katie@katiecharlestonlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff: Laura F. Corsi | |

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNA**

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE: , CA

BRANCH NAME:

| | |
|---|---|
| PLAINTIFF:  LAURA F. CORSI, (a/k/a LAURA F. ROMFH) | CASE NUMBER: |
| DEFENDANT:  ENGLISH RIDING SUPPLY, INC., ET AL. | 2:25-cv-02238--DMG (KESx) |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Corsi |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet  *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other  **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL; EXHIBITS**
3. a. Party served *(specify name of party as shown on documents served):*
   **ERS EQUISTRIAN, INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

**ROBIN HUTT-BANKS - EMPLOYEE AUTHORIZED TO ACCEPT SERVICE - THE CORPORATION TRUST COMPANY - AUTHORIZED AGENT FOR SERVICE OF PROCESS**    Age: 64    Weight: 180    Hair: BLACK    Sex: Female
                                                                                  Height: 5'5    Eyes:    Race: AFRICAN AMERICAN

4. Address where the party was served:  **1209 N Orange St**
   **Wilmington, DE 19801**

5. I served the party
   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **3/19/2025**   (2) at *(time):* **2:27 PM**

   b. ☐ **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*                          **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/243311B** |

| PETITIONER: LAURA P. CORSI, (a/k/a LAURA P. ROMPH) | CASE NUMBER: |
| --- | --- |
| RESPONDENT: **ENGLISH RIDING SUPPLY, INC., ET AL.** | **2:25-cv-02238--DMG (KESx)** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                               *(2) from (city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.

   b. ☐ as the person sued under the fictitious name of *(specify):*

   c. ☐ as occupant.

   d. ☑ On behalf of *(specify):* **ERS EQUISTRIAN, INC.**
   under the following Code of Civil Procedure section:

| | |
| --- | --- |
| ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

   a. Name: **SELENA CABRERA - JPL PROCESS SERVICE, LLC**

   b. Address: **14482 BEACH BLVD. STE X  WESTMINSTER, CA 92683**

   c. Telephone number: **(866) 754-0520**

   d. The fee for service was: **$ 99.00**

   e. I am:

     (1) ☑ not a registered California process server.

     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

     (3) ☐ registered California process server:

       (i) ☐ owner    ☐ employee    ☐ independent contractor.

       (ii) Registration No.:

       (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/20/2025**

**JPL PROCESS SERVICE, LLC**
**14482 BEACH BLVD. STE X**
**WESTMINSTER, CA 92683  | (866) 754-0520**

| **SELENA CABRERA** | ▶ | *(signature)* |
| --- | --- | --- |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | | (SIGNATURE) |