**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Thomas S. Jones, Esq. (SBN 165796)
Benjamin Sitter, Esq. (SBN 273394)
Megan E. Farrell, Esq. (SBN 308738)
megan.farrell@nelsonmullins.com
Two California Plaza, Suite 2200
350 South Grand Avenue
Los Angeles, California 90071
Telephone:   (424) 221-7470
Facsimile:    (279) 202-2017

*Attorneys for Defendants English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings, and NCK Capital, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LAURA F. CORSI, (a/k/a LAURA F. ROMFH)

Plaintiff,

v.

ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,

Defendants

Case No. 2:25-CV-02238-DMG-KES

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint Filed:  3/13/25
Complaint Served:  3/19/25
Current Response Date:  4/9/25
Stipulated Response Date:  4/23/25

Pursuant to Rule 6 of the Federal Rules of Civil Procedure ("FRCP") and Local Civil Rule ("L.R.") 8-3, Plaintiff Laura F. Corsi (a/k/a Laura F. Romfh) ("Plaintiff") and Defendants ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166) ("ERS 6413166"), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company ("ERS Holdings"), and NCK CAPITAL, LLC, a Delaware Limited Liability Company, ("NCK") (together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the Central District of California on March 13, 2025, Case No. 2:25-cv-02238-DMG-KES [ECF No. 1];

WHEREAS, Plaintiff served the Complaint on ERS 6413166 on March 19, 2025 [ECF No. 32];

WHEREAS, Plaintiff served the Complaint on ERS Holdings on March 19, 2025 [ECF No. 31];

WHEREAS, Plaintiff served the Complaint on NCK on March 19, 2025 [ECF No. 31]

WHEREAS, pursuant to FRCP 8(c)(2)(C),the responses of ERS 6413166, ERS Holdings, and NCK to the Complaint are currently due on April 9, 2025;

WHEREAS, the Parties have conferred in good faith and have stipulated to extend the deadline for ERS 6413166, ERS Holdings, and NCK to respond to Plaintiff's Complaint to **April 23, 2025;**

WHEREAS, the stipulated extension does not extend the time for Defendant to respond to the Complaint by more than 30 days, and pursuant to L.R. 8-3, the stipulation need not be approved by the Court;

**IT IS HEREBY STIPULATED,** by and between the Parties, through their respective undersigned counsel, that ERS 6413166, ERS Holdings, and NCK shall now have up to and including **April 23, 2025** in which to respond to Plaintiff's Complaint.

2

Dated:  April 8, 2025

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:   */s/ Megan E. Farrell*
Megan E. Farrell

*Attorneys for Defendants English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings, and NCK Capital, LLC*

Dated:  April 8, 2025

**KATIE CHARLESTON LAW, PC**

By:   */s/ Katie Charleston*
Katie Charleston

*Attorneys for Plaintiff*

3

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

/s/ Megan E. Farrell
Megan E. Farrell

4
CERTIFICATE OF SERVICE