POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| KATIE M. CHARLESTON, ESQ. | SBN: 252422<br>KATIE CHARLESTON LAW, PC<br>PO Box 4570  North Myrtle Beach, SC 295974570<br><br>TELEPHONE NO.: (317) 663-9190 | FAX NO.  | E-MAIL ADDRESS (Optional): katie@katiecharlestonlaw.com<br>ATTORNEY FOR (Name): Plaintiff: Laura F. Corsi | |

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNA**

STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE: , CA

BRANCH NAME:

| | |
|---|---|
| PLAINTIFF:  LAURA F. CORSI, (a/k/a LAURA F. ROMFH) | CASE NUMBER: |
| DEFENDANT:  ENGLISH RIDING SUPPLY, INC., ET AL. | 2:25-cv-02238-DMG (KESx) |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Corsi |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

   a. ☑ Summons

   b. ☑ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ Cross-complaint

   f. ☑ other  **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL; EXHIBITS**

3. a. Party served *(specify name of party as shown on documents served)*:

   **ENGLISH RIDING SUPPLY, INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

   **CHRIS DOMINGO - AUTHORIZED TO ACCEPT  - SUPERVISOR**

   | | | | |
   |---|---|---|---|
   | **Age: 69** | **Weight: 195** | **Hair: BALD** | **Sex: Male** |
   | **Height: 5'10** | **Eyes:** | **Race: CAUCASIAN** | |

4. Address where the party was served:  **520 Kane St**
   **Scranton, PA 18505**

5. I served the party

   a. ☑ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **3/19/2025**   (2) at *(time):* **2:00 PM**

   b. ☐ **by substituted service.**  On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*   **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/243311A** |
|---|---|---|

| PETITIONER: **LAURA F. CORSI, (a/k/a LAURA F. ROMFH)** | CASE NUMBER: |
|---|---|
| RESPONDENT: **ENGLISH RIDING SUPPLY, INC., ET AL.** | **2:25-cv-02238-DMG (KESx)** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                       (2) from *(city):*

   (3)☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4)☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **ENGLISH RIDING SUPPLY, INC.**
   under the following Code of Civil Procedure section:

   ☑ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**
   a. Name: **BRIAN DUFFY - JPL PROCESS SERVICE, LLC**
   b. Address: **14482 BEACH BLVD. STE X  WESTMINSTER, CA 92683**
   c. Telephone number: **(866) 754-0520**
   d. The fee for service was: **$**
   e. I am:

   (1) ☑ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ registered California process server:
        (i) ☐ owner       ☐ employee       ☐ independent contractor.
        (ii) Registration No.:
        (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/1/2025**

**JPL PROCESS SERVICE, LLC**
**14482 BEACH BLVD. STE X**
**WESTMINSTER, CA 92683  | (866) 754-0520**

| **BRIAN DUFFY** | ▶ |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |