**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Thomas S. Jones, Esq. (SBN 165796)
Benjamin Sitter, Esq. (SBN 273394)
Megan E. Farrell, Esq. (SBN 308738)
megan.farrell@nelsonmullins.com
Two California Plaza, Suite 2200
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (424) 221-7470
Facsimile: (279) 202-2017

*Attorneys for Defendants English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings, LLC, and NCK Capital, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH)<br><br>Plaintiff,<br><br>v.<br><br>ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,<br><br>Defendants | Case No. 2:25-CV-02238-DMG-KES<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>Complaint Filed: 3/13/25<br>Complaint Served: 3/19/25<br>Stipulation Filed Extending Time to Respond by Not More than 30 Days: 4/8/2025<br>Second Stipulation Filed Extending Time to Respond by Not More Than 30 Days: 4/18/2025<br>Current Response Date: 5/7/2025<br><br>Proposed FAC Date: 6/12/2025<br>Proposed New Response Date: 6/26/2025<br><br>[[Proposed] Order filed concurrently herewith] |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT

4902-0059-4236 v.1

Plaintiff Laura F. Corsi (a/k/a Laura F. Romfh) ("Plaintiff") and Defendants ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166) ("ERS 6413166"), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company ("ERS Holdings"), and NCK CAPITAL, LLC, a Delaware Limited Liability Company, ("NCK") (together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the Central District of California on March 13, 2025, Case No. 2:25-cv-02238-DMG-KES [ECF No. 1];

WHEREAS, Plaintiff served the Complaint on ERS 6413166, ERS Holdings, and NCK on March 19, 2025 (ECF Nos. 30-32]

WHEREAS, pursuant to FRCP 8(c)(2)(C),the responses of ERS 6413166, ERS Holdings, and NCK to the Complaint were initially due on April 9, 2025;

WHEREAS, on April 8, 2025, the parties previously stipulated to a 14-day extension of time for of ERS 6413166, ERS Holdings, and NCK to respond to Plaintiff's Complaint [ECF No. 34];

WHEREAS, on April 18, 2025, the parties previously stipulated to an additional 14-day extension of time for of ERS 6413166, ERS Holdings, and NCK to respond to Plaintiff's Complaint [ECF No. 34];

WHEREAS, the responses of ERS 6413166, ERS Holdings, and NCK to Plaintiff's Complaint are currently due on May 7, 2025;

WHEREAS, counsel for the parties met and conferred in good faith on April 29, 2025 pursuant to L.R. 7-3, in anticipation of a Motion to Dismiss to be filed by ERS 6413166, ERS Holdings, and NCK;

WHEREAS, Plaintiff intends to file a First Amended Complaint ("FAC") to remedy at least one of the points raised by counsel for ERS 6413166, ERS Holdings,

2

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT

4902-0059-4236 v.1

and NCK, and counsel for Plaintiff is considering addressing additional concerns raised by counsel for ERS 6413166, ERS Holdings, and NCK related to the defects their counsel perceive within the Complaint;

WHEREAS, the Parties jointly believe that the interests of judicial economy and efficiency are best served by further extending the responsive pleading deadline of ERS 6413166, ERS Holdings, and NCK so that the Parties may continue their efforts to meet and confer about the prospective FAC, thus enabling them to avoid a motion to dismiss that may be rendered unnecessary or moot, at least as to certain claims or parties, by the amendments that may or will be made;

WHEREAS, this Stipulation is made not for the purpose of undue delay or any improper purpose but instead based on good cause and would not disturb any existing case management deadlines;

WHEREAS, the Parties have only requested extensions previously pursuant to Local Rule 8-3 for a total of no more than 30 days to respond to the initial Complaint;

**THEREFORE IT IS HEREBY STIPULATED** by and between the Parties, subject to this Court's approval, that Plaintiff shall have up to and including **June 12, 2025** to file a FAC, if she chooses to do so, and Defendants ERS 6413166, ERS Holdings, and NCK shall have up to and including **June 26, 2025** to respond to Plaintiff's prospective FAC or, if a FAC is not filed by the deadline stated herein, to respond to Plaintiff's Complaint.

3

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S
INITIAL COMPLAINT

4902-0059-4236 v.1

Dated: April 30, 2025

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:    */s/ Megan E. Farrell*
        Megan E. Farrell

*Attorneys for Defendants English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings, LLC, and NCK Capital, LLC*

Dated: April 30, 2025

**KATIE CHARLESTON LAW, PC**

By:    */s/ Katie Charleston*
        Katie Charleston

*Attorneys for Plaintiff*

## FILER'S ATTESTATION

I, Megan E. Farrell, am the ECF User whose identification and password are begin used to file this Joint Stipulation to Extend Time to Respond to Plaintiff's Initial Complaint. Pursuant to Local Civil Rule 5-4.3.4(a)(2)(ii), counsel for Plaintiff, Katie M. Charleston, concurs in this filing and has authorized me to affix her signature and ile this document on her behalf.

Dated: April 29, 2025

/s/ Megan E. Farrell
Megan E. Farrell

4

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT

4902-0059-4236 v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

/s/ Megan E. Farrell
Megan E. Farrell

5

CERTIFICATE OF SERVICE

4902-0059-4236 v.1