# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LAURA F. CORSI, (a/k/a LAURA F. ROMFH)

Plaintiff,

v.

ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,

Defendants

Case No. 2:25-CV-02238-DMG-KES

**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**

Complaint Filed:  3/13/25
Complaint Served:  3/19/25
Stipulation Filed Extending Time to Respond by Not More than 30 Days: 4/8/2025
Second Stipulation Filed Extending Time to Respond by Not More Than 30 Days: 4/18/2025
Current Response Date:  5/7/2025

Proposed FAC Date:  6/12/2025
Proposed New Response Date:  6/26/2025

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT

4934-1503-0067 v.1

# [PROPOSED] ORDER

Before the Court is the Joint Stipulation to Extent Time to Respond to Plaintiff's Initial Complaint filed by Laura F. Corsi (a/k/a Laura F. Romfh) ("Plaintiff") and ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166) ("ERS 6413166"), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company ("ERS Holdings"), and NCK CAPITAL, LLC, a Delaware Limited Liability Company, ("NCK").

After considering the stipulation, and for good cause showing, the Court hereby **APPROVES** the Parties' Stipulation. Plaintiff shall have up to and including June 12, 2025 to file a First Amended Complaint ("FAC"), if she chooses to do so.

Defendants ERS 6413166, ERS Holdings, and NCK shall have up to and including June 26, 2025 to respond to Plaintiff's prospective FAC or, if a FAC is not filed by the deadline stated herein, to respond to Plaintiff's Complaint.

**IT IS SO ORDERED**.

DATED: _____, 2025.

_____
The Honorable
United States District Judge

2
[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT

4934-1503-0067 v.1