# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LAURA F. CORSI, (a/k/a LAURA F. ROMFH)

               Plaintiff,

v.

ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,

               Defendants

Case No. CV 25-2238-DMG (KESx)

**ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [38]**

The Court has reviewed and considered the Parties' Joint Stipulation to Extend Time to Respond to Plaintiff's Initial Complaint. [Doc. # 38.] For good cause showing, the Court hereby **APPROVES** the Parties' Joint Stipulation, as follows:

1. Plaintiff shall have up to and including **June 12, 2025** to file a First Amended Complaint ("FAC"), if any; and

2. Defendants ERS 6413166, ERS Holdings, and NCK shall have up to and including **June 26, 2025** to respond to Plaintiff's prospective FAC or, if a FAC is not filed by the deadline stated herein, to respond to Plaintiff's Complaint.

**IT IS SO ORDERED**.

DATED: May 1, 2025

_____
DOLLY M. GEE
Chief United States District Judge