Daniel P. Schrader (SBN 145670)
dschrader@mgmlaw.com
Dane W. Schrader (SBN 317004)
dwschrader@mgmlaw.com
Matthew Behboud (SBN 351102)
mbehboud@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**

601 Montgomery Street, Suite 1000
San Francisco, CA 94111
Tel.:  (415) 512-4381
Fax:  (415) 512-6791

Attorneys for Defendants
ENGLISH RIDING SUPPLY, INC. and
ERS EQUISTRIAN, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH),<br><br>        Plaintiff(s),<br><br>        v.<br><br>ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,<br><br>        Defendant(s). | Case No. 2:25-cv-02238-DMG-KES<br><br>**PLAINTIFF LAURA F. CORSI, ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed:      March 13, 2025<br>Complaint Served:   March 19, 2025<br>Current Response Date:  May 7, 2025<br>Stipulated Response Date: June 6, 2025 |

     Pursuant to Rule 6 of the Federal Rules of Civil Procedure ("FRCP") and Local Civil Rule ("L.R.") 8-3, Plaintiff Laura F. Corsi (a/k/a Laura F. Romfh) ("Plaintiff") and Defendants ENGLISH RIDING SUPPLY, INC. and ERS EQUISTRIAN, INC.,

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

Manning Gross + Massenburg LLP

collectively "Defendants" (together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the Central District of California on March 13, 2025, Case No. 2:25-cv-02238-DMG-KES [ECF No. 1];

WHEREAS, the Parties have conferred in good faith and have stipulated to extend the deadline for Defendants to respond to Plaintiff's Complaint to June 6, 2025;

WHEREAS, the stipulated extension does not extend the time for Defendants to respond to the Complaint by more than 30 days, and pursuant to L.R. 8-3, the stipulation need not be approved by the Court;

IT IS HEREBY STIPULATED, by and between the Parties, through their respective undersigned counsel, that Defendants shall now have up to and including June 6, 2025, in which to respond to Plaintiff's Complaint.

Dated:  May 7, 2025              **MANNING GROSS + MASSENBURG LLP**

By */s/Matthew Behboud*_____
Daniel P. Schrader
Dane W. Schrader
Matthew Behboud
Attorneys for Defendants ENGLISH RIDING SUPPLY, INC. and
ERS EQUISTRIAN, INC.

Dated:  May 7, 2025              **KATIE CHARLESTON LAW, PC**

By */s/Katie Charleston*_____
Katie Charleston
Attorneys for Plaintiff

2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS