UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH),<br><br>                    Plaintiff(s),<br><br>         v.<br><br>ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,<br><br>                    Defendant(s). | Case No. CV 25-02238-DMG-KESx<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [40]** |

1

ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

The Court has reviewed and considered the Parties' Stipulation to Extend Time to Respond to Plaintiff's Initial Complaint. For good cause shown, the Court hereby APPROVES the Parties' Joint Stipulation, as follows:

Defendants ENGLISH RIDING SUPPLY, INC., and ERS EQUISTRIAN, INC. shall have up to and including June 6, 2025 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED:  May 7, 2025

_____
DOLLY M. GEE
Chief United States District Judge

ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT