Daniel P. Schrader (SBN 145670)
dschrader@mgmlaw.com
Dane W. Schrader (SBN 317004)
dwschrader@mgmlaw.com
Matthew Behboud (SBN 351102)
mbehboud@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**

601 Montgomery Street, Suite 1000
San Francisco, CA 94111
Tel.:  (415) 512-4381
Fax:  (415) 512-6791

Attorneys for Defendants
ENGLISH RIDING SUPPLY, INC. and
ERS EQUISTRIAN, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH),<br><br>                Plaintiff(s),<br><br>        v.<br><br>ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,<br><br>                Defendant(s). | Case No. 2:25-cv-02238-DMG-KES<br><br>**PLAINTIFF LAURA F. CORSI, ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed:          March 13, 2025<br>Complaint Served:       March 19, 2025<br>Current Response Date:  June 6, 2025<br>Stipulated Response Date:  June 12, 2025 |

Manning Gross + Massenburg LLP

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

Pursuant to Rule 6 of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff Laura F. Corsi (a/k/a Laura F. Romfh) ("Plaintiff") and Defendants ENGLISH RIDING SUPPLY, INC. and ERS EQUISTRIAN, INC., collectively "Defendants" (together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the Central District of California on March 13, 2025, Case No. 2:25-cv-02238-DMG-KES [ECF No. 1];

WHEREAS, the Parties have conferred in good faith and have stipulated, and the Court granted, an initial extension deadline for Defendants to respond to Plaintiff's Complaint to June 6, 2025;

WHEREAS Plaintiff advised Defendants counsel she plans to file a Forst Amended Complaint no later than June 12, 2025;

WHEREAS the Parties came to a second agreement whereby Plaintiff agreed to provide Defendants an extension of time to respond to Plaintiff's Complaint until she files her First Amended Complaint, and once filed, Defendants will have 21 days as required bu the FRCP, Rule 12 to respond to Plaintiff's First Amended Complaint;

WHEREAS good cause exists to extend time to promote judicial efficiency and save time by not requiring a responsive pleading prior to an imminent First Amended Complaint.

IT IS HEREBY STIPULATED, by and between the Parties, through their respective undersigned counsel, that Defendants shall now have up to and including June 12, 2025, in which to respond to Plaintiff's Complaint. If and when Plaintiff files her First Amended Complaint, Defendants shall have 21 days to respond to Plaintiff's First Amended Complaint.

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

Dated:  June 6, 2025                **MANNING GROSS + MASSENBURG LLP**


By*/s/Matthew Behboud*_____
    Daniel P. Schrader
    Dane W. Schrader
    Matthew Behboud
    Attorneys for Defendants ENGLISH RIDING
    SUPPLY, INC. and ERS EQUISTRIAN, INC.


Dated:  June 6, 2025                **KATIE CHARLESTON LAW, PC**


By*/s/Katie Charleston*_____
    Katie Charleston
    Attorneys for Plaintiff

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS