Manning Gross + Massenburg LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAURA F. CORSI, (a/k/a LAURA F. ROMFH),

Plaintiff(s),

v.

ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,

Defendant(s).

Case No. 2:25-cv-02238-DMG-KES

**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court has reviewed and considered the Parties' Stipulation to Extend Time to Respond to Plaintiff's Complaint. For good cause showing, the Court hereby APPROVES the Parties' Joint Stipulation, as follows:

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

Defendants ENGLISH RIDING SUPPLY, INC., and ERS EQUISTRIAN, INC. shall have up to and including June 12, 2025, to respond to Plaintiff's Complaint, or, if and when filed, 21 days to respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____

DOLLY M. GEE
Chief United States District Judge

2