UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH),<br><br>Plaintiff(s),<br><br>v.<br><br>ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,<br><br>Defendant(s). | Case No. CV 25-02238-DMG (KESx)<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [46]** |

1

The Court has reviewed and considered the Parties' Stipulation to Extend Time to Respond to Plaintiff's Complaint.  Good cause appearing, the Court hereby APPROVES the Parties' Joint Stipulation, as follows:

Plaintiff shall file her First Amended Complaint by June 12, 2025;

Defendants ENGLISH RIDING SUPPLY, INC., and ERS EQUISTRIAN, INC. shall have 21 days to respond to Plaintiff's First Amended Complaint once filed.

**IT IS SO ORDERED.**

DATED:  June 9, 2025

_____
DOLLY M. GEE
Chief United States District Judge