**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Thomas S. Jones, Esq. (SBN 165796)
Benjamin Sitter, Esq. (SBN 273394)
Megan E. Farrell, Esq. (SBN 308738)
megan.farrell@nelsonmullins.com
Two California Plaza, Suite 2200
350 South Grand Avenue
Los Angeles, California 90071
Telephone:   (424) 221-7470
Facsimile:    (279) 202-2017

*Attorneys for Defendants English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings, LLC, and NCK Capital, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH)<br><br>Plaintiff,<br><br>v.<br><br>ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,<br><br>Defendants | Case No. 2:25-CV-02238-DMG-KES<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  3/13/25<br>FAC Filed:  6/12/25<br><br>Current Response to FAC Date:  6/26/2025<br>Proposed New Response Date:  7/3/2025<br><br>[[Proposed] Order filed concurrently herewith] |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

4915-8733-9855 v.1

Plaintiff Laura F. Corsi (a/k/a Laura F. Romfh) ("Plaintiff") and Defendants ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166) ("ERS 6413166"), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company ("ERS Holdings"), and NCK CAPITAL, LLC, a Delaware Limited Liability Company, ("NCK") (together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the Central District of California on March 13, 2025, Case No. 2:25-cv-02238-DMG-KES [ECF No. 1];

WHEREAS, Plaintiff served the Complaint on ERS 6413166, ERS Holdings, and NCK on March 19, 2025 (ECF Nos. 30-32];

WHEREAS, pursuant to FRCP 8(c)(2)(C),the responses of ERS 6413166, ERS Holdings, and NCK to the Complaint were initially due on April 9, 2025;

WHEREAS, on April 8, 2025, the parties stipulated pursuant to Local Civil Rule ("L.R.") 8-3 to a 14-day extension of time for of ERS 6413166, ERS Holdings, and NCK to respond to Plaintiff's Complaint [ECF No. 34];

WHEREAS, on April 18, 2025, the parties stipulated pursuant to L.R. 8-3 to an additional 14-day extension of time for of ERS 6413166, ERS Holdings, and NCK to respond to Plaintiff's Complaint [ECF No. 34];

WHEREAS, the Parties met and conferred in good faith on April 29, 2025, during which Plaintiff advised that she intended to file a First Amended Complaint ("FAC");

WHEREAS, on April 30, 2025, the Parties entered into a stipulation, which the Court granted [ECF Nos. 38-39], that Plaintiff may have until June 12, 2025 to file a FAC, and Defendants ERS 6413166, ERS Holdings, and NCK shall have up to and

2

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

4915-8733-9855 v.1

including June 26, 2025 to respond to Plaintiff's prospective FAC or, if a FAC is not filed by the deadline stated therein, to respond to Plaintiff's Complaint;

WHEREAS, on June 6, 2025, co-Defendants English Riding Supply, Inc. and ERS Equistrian, Inc. entered into a joint stipulation, which was granted by the Court [ECF Nos. 46-47], permitting them 21 days to respond to Plaintiffs' prospective FAC;

WHEREAS, Plaintiff filed her FAC [ECF No. 48] on June 12, 2025;

WHEREAS, Defendants ERS 6413166, ERS Holdings, and NCK request an extension of the existing deadline by (7) days, or until July 7, 2025, in order to allow sufficient time to meet and confer about the FAC, and to set their response date consistent with the response date of co-Defendants English Riding Supply, Inc. and ERS Equistrian, Inc., which would promote judicial efficiency and potentially avoid the need for separate hearing dates for anticipated motions practice;

WHEREAS, this Stipulation is made not for the purpose of undue delay or any improper purpose but instead based on good cause and would not disturb any existing case management deadlines;

WHEREAS, co-Defendants English Riding Supply, Inc. and ERS Equistrian, Inc. consent to the extension requested herein, and the remaining Defendants have not yet responded to the Complaint or FAC;

**THEREFORE IT IS HEREBY STIPULATED** by and between the Parties, subject to this Court's approval, that Defendants ERS 6413166, ERS Holdings, and NCK shall have up to and including **July 3, 2025** to respond to Plaintiff's FAC.

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4915-8733-9855 v.1

Dated:  June 20, 2025

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:   */s/ Megan E. Farrell*
Megan E. Farrell

*Attorneys for Defendants English Riding Supply, LLC, a Delaware Limited Liability Company (6413166), English Riding Supply Holdings, LLC, and NCK Capital, LLC*

Dated:  June 20, 2025

**KATIE CHARLESTON LAW, PC**

By:   */s/ Katie Charleston*
Katie Charleston

*Attorneys for Plaintiff*

### FILER'S ATTESTATION

I, Megan E. Farrell, am the ECF User whose identification and password are begin used to file this Joint Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint.  Pursuant to Local Civil Rule 5-4.3.4(a)(2)(ii), counsel for Plaintiff, Katie M. Charleston, concurs in this filing and has authorized me to affix her signature and file this document on her behalf.

Dated:  June 20, 2025

/s/ Megan E. Farrell
Megan E. Farrell

4

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4915-8733-9855 v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

/s/ Megan E. Farrell
Megan E. Farrell

CERTIFICATE OF SERVICE

4915-8733-9855 v.1