# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH) | Case No. 2:25-CV-02238-DMG-KES |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company, | Complaint Filed: 3/13/25<br>FAC Filed: 6/12/25<br><br>Current Response to FAC Date: 6/26/2025<br>Proposed New Response Date: 7/3/2025 |
| Defendants | |

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4902-4752-2639 v.1

# [PROPOSED] ORDER

Before the Court is the Joint Stipulation to Extent Time to Respond to Plaintiff's First Amended Complaint filed by Laura F. Corsi (a/k/a Laura F. Romfh) ("Plaintiff") and ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166) ("ERS 6413166"), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company ("ERS Holdings"), and NCK CAPITAL, LLC, a Delaware Limited Liability Company, ("NCK").

After considering the stipulation, and for good cause showing, the Court hereby **APPROVES** the Parties' Stipulation. Defendants ERS 6413166, ERS Holdings, and NCK shall have up to and including July 3, 2025 to respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED**.

DATED: _____, 2025.

_____
The Honorable
United States District Judge

2
[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

4902-4752-2639 v.1