# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LAURA F. CORSI, (a/k/a LAURA F. ROMFH)

Plaintiff,

v.

ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,

Defendants

Case No. CV 25-2238-DMG (KESx)

**ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [57]**

Before the Court is the Joint Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint filed by Laura F. Corsi (a/k/a Laura F. Romfh) ("Plaintiff") and ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (6413166) ("ERS 6413166"), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company ("ERS Holdings"), and NCK CAPITAL, LLC, a Delaware Limited Liability Company, ("NCK") (collectively, "the Parties"). [Doc. # 57.]

After considering the stipulation, and for good cause shown, the Court hereby **APPROVES** the Parties' Stipulation. Defendants ERS 6413166, ERS Holdings, and NCK shall have up to and including July 3, 2025 to respond to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED**.

DATED:  June 24, 2025

_____
DOLLY M. GEE
Chief United States District Judge