Daniel P. Schrader (SBN 145670)
dschrader@mgmlaw.com
Dane W. Schrader (SBN 317004)
dwschrader@mgmlaw.com
Matthew Behboud (SBN 351102)
mbehboud@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
601 Montgomery Street, Suite 1000
San Francisco, CA 94111
Tel.:    (415) 512-4381
Fax:    (415) 512-6791

Attorneys for Defendants
ENGLISH RIDING SUPPLY, INC. and
ERS EQUISTRIAN, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH), <br><br>             Plaintiff(s), <br><br>        v. <br><br> ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company, <br><br>             Defendant(s). | Case No. 2:25-cv-02238-DMG-ASx <br><br> **DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S NOTICE OF MOTION TO DISMISS PURUSUANT TO RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION AND RULE 12(B)(3) FOR IMPROPER VENUE** <br><br> DATE:     August 8, 2025 <br> TIME:     9:30am <br> CTRM:    8C <br><br> Action Filed:   March 13, 2025 <br> Trial Date:    None Set |

1

NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

2:25-cv-02238-DMG-ASx

**PLEASE TAKE NOTICE THAT** on **August 8, 2025, at 9:30am**, or as soon thereafter as the matter may be heard by the above-captioned Court, Defendants ENGLISH RIDING SUPPLY, INC. and ERS EQUISTRIAN, INC. (collectively, "Old ERS"), will and hereby do move to dismiss Plaintiff LAURA CORSI aka LAURA ROMFH's ("Plaintiff") First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure, Rules 12(b)(2) for lack of personal jurisdiction and 12(b)(3) for improper venue.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, on June 26, 2025. (Declaration of Matthew Behboud ("Behboud Decl.") ¶ 3).

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities and the Declarations of Matthew Behboud and Adrienne Rolla, filed and served herewith, and upon the papers, records, and pleadings on file herein.

Dated:  July 2, 2025                    **MANNING GROSS + MASSENBURG LLP**


                                        By */s/Matthew Behboud*_____
                                            Daniel P. Schrader
                                            Dane W. Schrader
                                            Matthew Behboud
                                            Attorneys for Defendants
                                            ENGLISH RIDING SUPPLY, INC. and
                                            ERS EQUISTRIAN, INC.

NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE
2:25-cv-02238-DMG-ASx