Daniel P. Schrader (SBN 145670)
dschrader@mgmlaw.com
Dane W. Schrader (SBN 317004)
dwschrader@mgmlaw.com
Matthew Behboud (SBN 351102)
mbehboud@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
601 Montgomery Street, Suite 1000
San Francisco, CA 94111
Tel.:    (415) 512-4381
Fax:    (415) 512-6791

Attorneys for Defendants
ENGLISH RIDING SUPPLY, INC. and
ERS EQUISTRIAN, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH),<br><br>Plaintiff(s),<br><br>v.<br><br>ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,<br><br>Defendant(s). | Case No. 2:25-cv-02238-DMG-ASx<br><br>**DECLARATION OF MATTHEW BEHBOUD IN SUPPORT OF DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTION TO DISMISS PURUSUANT TO RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION AND RULE 12(B)(3) FOR IMPROPER VENUE**<br><br>DATE:        August 8, 2025<br>TIME:        9:30am<br>CTRM:        8C<br><br>Action Filed:    March 13, 2025<br>Trial Date:      None Set |

Manning Gross + Massenburg LLP

1

DECLARATION OF MATTHEW BEHBOUD                          2:25-cv-02238-DMG-ASx

## <u>DECLARATION OF MATTHEW BEHBOUD</u>

I, MATTHEW BEHBOUD, declare as follows:

1.      I am an attorney licensed to practice before all courts of the State of California, as well as the United States District Court for the Central District of California and associated with the law firm of Manning Gross + Massenburg LLP, counsel of record for Defendants ENGLISH RIDING SUPPLY, INC. and ERS EQUISTRIAN, INC. (collectively, "Old ERS"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would do so competently.

2.      This Declaration is submitted in support of Old ERS' motion to dismiss for lack of personal jurisdiction and improper venue pursuant to Federal Rules of Civil Procedure, Rules 12(b)(2) and 12(b)(3).

3.      Pursuant to Local Rule 7-3., I met and confer with Plaintiff's counsel, Katie Charleston, on June 26, 2025, regarding the lack of personal jurisdiction and improper venue issues outlined in Old ERS' Motion filed concurrently herewith.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2025, at Los Angeles, California.

*/s/Matthew Behboud*_____

Matthew Behboud

DECLARATION OF MATTHEW BEHBOUD                                2:25-cv-02238-DMG-ASx