Daniel P. Schrader (SBN 145670)
dschrader@mgmlaw.com
Dane W. Schrader (SBN 317004)
dwschrader@mgmlaw.com
Matthew Behboud (SBN 351102)
mbehboud@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
601 Montgomery Street, Suite 1000
San Francisco, CA 94111
Tel.:    (415) 512-4381
Fax:    (415) 512-6791

Attorneys for Defendants
ENGLISH RIDING SUPPLY, INC. and
ERS EQUISTRIAN, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH),<br><br>                    Plaintiff(s),<br><br>        v.<br><br>ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company,<br><br>                    Defendant(s). | Case No. 2:25-cv-02238-DMG-ASx<br><br>**DECLARATION OF ADRIENNE ROLLA IN SUPPORT OF DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**<br><br>DATE:        August 8, 2025<br>TIME:        9:30am<br>CTRM:        8C<br><br>Action Filed:  March 13, 2025<br>Trial Date:    None Set |

1

DECLARATION OF ADRIENNE ROLLA

## <u>DECLARATION OF ADRIENNE ROLLA</u>

I, ADRIENNE ROLLA, Declare as follows:

1.      I am over the age of 18. I have personal knowledge of the facts set forth below, and if called upon, I can competently testify accordingly. I make this declaration in support of English Riding Supply, Inc.'s and ERS Equestrian, Inc.'s ("Old ERS") Motions to Dismiss Plaintiff Laura Corsi a/k/a/ Laura Romfh's ("Plaintiff") First Amended Complaint for Lack of Personal Jurisdiction pursuant to Federal Rules of Civil Procedure, Rule 12(b)(2), and for Improper Venue pursuant to Federal Rules of Civil Procedure, Rule 12(b)(3).  At all relevant times during Plaintiff's employment with Old ERS, I served as the corporate Secretary of Old ERS.

2.      English Riding Supply, Inc. was incorporated in Delaware on September 20, 2002, with its principal place of business located at 520 Kane Street, Scranton, Pennsylvania. On December 30, 2021, English Riding Supply, Inc. formally changed its name to ERS Equestrian, Inc. Accordingly, the two names refer to the same corporate entity. English Riding Supply, Inc. and ERS Equestrian will be referred to as "Old ERS" hereinafter.

3.      On December 31, 2021, Old ERS sold its assets to English Riding Supply, LLC, ("New ERS") an unrelated entity. New ERS continues to operate out of the Scranton, Pennsylvania office where Old ERS' principal place of business use to be located.

4.      Old ERS never had any offices, warehouses, bank accounts, agents of service, officers, directors, managers, or operations in California. Old ERS was never registered to do business in California. Old ERS sold products across all 50 states and Canada.

5.      At all relevant times, the only employees who worked outside of Pennsylvania were Plaintiff, who worked from California for a period of time, and a temporary marketing employee who worked from Florida. All other employees, personnel, and agents worked from Pennsylvania.

DECLARATION OF ADRIENNE ROLLA

6.      Prior to working for Old ERS, Plaintiff worked for Eisers/Millers, which filed for bankruptcy. Following Eisers/Millers' bankruptcy, Plaintiff worked for John Moncada. Plaintiff shared her dissatisfaction of working for John Moncada with Michael Diamond, Vice President of Old ERS. These conversations occurred in King of Prussia, Pennsylvania, where Plaintiff and Mr. Diamond discussed Plaintiff's possible employment with Old ERS. Plaintiff and Mr. Diamond continued to have discussions by phone and email regarding the possible employment of Plaintiff with Old ERS.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___July 1, 2025_____, at ___Yonkers_____, New York.

_/s/Adrenne Rolla_____
Adrienne Rolla

3
DECLARATION OF ADRIENNE ROLLA