UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA F. CORSI, (a/k/a LAURA F. ROMFH), <br><br> Plaintiff(s), <br><br> v. <br><br> ENGLISH RIDING SUPPLY, INC., ERS EQUISTRIAN, INC., ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 3563640), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 3092814), ENGLISH RIDING SUPPLY, LLC, a Delaware Limited Liability Company (No. 6413166), ENGLISH RIDING SUPPLY, LLC, a Pennsylvania Limited Liability Company (No. 7425042), ENGLISH RIDING SUPPLY HOLDINGS (64131080), a Delaware Limited Liability Company, and NCK CAPITAL, LLC, a Delaware Limited Liability Company, <br><br> Defendant(s). | Case No. 2:25-cv-02238-DMG-ASx <br><br> **DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S NOTICE OF MOTION TO DISMISS PURUSUANT TO RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION AND RULE 12(B)(3) FOR IMPROPER VENUE** <br><br> DATE:       August 8, 2025 <br> TIME:       9:30am <br> CTRM:       8C <br><br> Action Filed:    March 13, 2025 <br> Trial Date:      None Set |

1

Defendants ENGLISH RIDING SUPPLY, INC. and ERS EQUISTRIAN, INC.'s (collectively, "Old ERS") Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue came on for hearing before this Court

After full consideration the supporting and opposing papers submitted of each party, and oral arguments of counsel at the hearing of this Motion, this Court orders as follows:

Old ERS' Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(2) and Federal Rule of Civil Procedure 12(b)(3) is **GRANTED.**

**IT IS SO ORDERED:**

DATED:_____          _____
                                 Hon. Dolly M. Gee
                                 United States District Judge