Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
1905 S. New Market St., Ste. 169
Carmel, IN 46032
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Laura F. Corsi, (a/k/a Laura F. Romfh)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Laura F. Corsi, (a/k/a Laura F. Romfh), <br><br> Plaintiff, <br><br> vs. <br><br> English Riding Supply, Inc., et al. <br><br> Defendants. | Case No.: 2:25-cv-02238-DMG-KES <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> **JURY TRIAL DEMANDED** <br> **Complaint Filed: March 13, 2025** <br> **FAC Filed:      June 12, 2025** <br><br> **Hearing Date:   August 8, 2025** <br> **Hearing Time:   9:30 a.m.** <br> **Courtroom:      8C** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**

1

Plaintiff, Laura F. Corsi, by counsel, respectfully requests an extension of time to file her Opposition to Defendants English Riding Supply, Inc.'s and ERS Equistrian, Inc.'s Motion to Dismiss First Amended Complaint.  In support thereof, Plaintiff states:

1.  Plaintiff filed her First Amended Complaint on June 12, 2025.

2.  Defendants English Riding Supply, Inc. and ERS Equistrian, Inc. filed a Motion to Dismiss on July 2, 2025.  A hearing is set for August 8, 2025, and Plaintiff's opposition is due July 18, 2025.

3.  Counsel has been unable to secure Plaintiff's signature on a supporting declaration to Plaintiff's opposition, providing good cause for an extension.

4.  The undersigned conferred with Defendants' counsel requesting a short extension until July 21, 2025, by which to file Plaintiff's Opposition. Defendants' counsel has no objection.

5.  Plaintiff agrees to an extension of equal time to Defendants to provide a reply is necessary.

WHEREFORE, the undersigned respectfully requests an extension until and through July 21, 2025, by which to file an opposition to Defendants' Motion to Dismiss, and for all other proper relief.


Dated: July 18, 2025                    Respectfully submitted,

                                        Katie Charleston Law, PC

                            By:    /s/ *Katie Charleston*
                                   Katie Charleston, Esq.
                                   Attorney for Plaintiff


---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION**