**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| Laura F. Corsi, (a/k/a Laura F. Romfh), <br><br>       Plaintiff, <br><br> vs. <br><br> English Riding Supply, Inc., et al. <br><br>       Defendants. | Case No.: 2:25-cv-02238-DMG-KES <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS** |
| --- | --- |

**ORDER**

1

This matter is before the Court on Plaintiff's Motion for Extension of Time to File Opposition to Defendants English Riding Supply, Inc.'s and ERS Equistrian, Inc.'s Motion to Dismiss.  Having read the same and being duly advised the Court finds good cause and grants Plaintiff's request.  Plaintiff's opposition deadline is extended to and including July 21, 2025.

Dated: _____

_____
Hon. Dolly M. Gee
Judge, USDC Central District of California