Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
1905 S. New Market St., Ste. 169
Carmel, IN 46032
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Laura F. Corsi, (a/k/a Laura F. Romfh)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Laura F. Corsi, (a/k/a Laura F. Romfh),<br><br>     Plaintiff,<br><br>vs.<br><br>English Riding Supply, Inc., et al.<br><br>     Defendants. | Case No.: 2:25-cv-02238-DMG-KES<br><br>**DECLARATION OF LAURA F. CORSI IN SUPPORT OF OPPOSITION TO DEFENDANT ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>**Complaint Filed: March 13, 2025**<br>**FAC Filed:          June 12, 2025**<br><br>**Hearing Date:     August 8, 2025**<br>**Hearing Time:     9:30 a.m.**<br>**Courtroom:          8C** |

DECLARATION OF LAURA F. CORSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

1

1. I, Laura F. Corsi, declare and state as follows:

2. I am an adult over the age of eighteen (18) years.

3. I am the Plaintiff in this action, and I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto.

4. In March 2008, while residing in Long Beach, California, I negotiated and executed a written Agreement (the "2008 Agreement") with English Riding Supply, Inc. (now ERS Equestrian, Inc.). At the time I signed the 2008 Agreement, I was a California resident; I remained domiciled in California throughout the majority of my performance under that Agreement, from 2008 through August 2020.

5. I am the creator and still co-owner of the "ROMFH" brand, which I developed and promoted as a California resident prior to and at the time I entered into the 2008 Agreement. The ROMFH brand constituted a California-based asset when I granted an exclusive worldwide license in that brand under the 2008 Agreement. I was the only designer until replaced in August 2023.

6. During Defendant's correspondence in trying to acquire my brand between 2006 and 2008, the owner, Cyrus Boatwalla, identified multiple companies in his portfolio, along with ERS, and including Global Specialties, Inc. and American Specialties, Inc. True and correct copies of the email chain are attached as Exhibit A.

7. After execution of the 2008 Agreement, ROMFH products continued to be designed, marketed, and sold throughout California. Defendants initially leveraged the retail relationships I had built in California—such as Mary's Tack and Feed in Del Mar, California—but thereafter they developed their own California sales network and even appointed a dedicated California sales representative. The California retailers were sought out by Defendants who would then sell ROMFH products to them for their California based stores. Attached as Exhibit B is a true and correct copy of a Sales Rep Map for Defendants.

**DECLARATION OF LAURA F. CORSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

2

8. As recently as July 2025, ROMFH products remain available at numerous California retailers, including without limitation:

    a. Tack Warehouse, 917 Main Street, Woodland, CA

    b. Douglas Feed and Pet Supply, 5460 Douglas Blvd., Granite Bay, CA

    c. Riding Warehouse, 181 Suburban Road, Suite 150, San Luis Obispo, CA

    d. Dressage Extensions, 11943 Discovery Ct., Moorpark, CA

    e. Damoors Feed and Tack, 1532 B Riverside Dr., Glendale, CA

    f. Valencia Sport Saddlery, 11355 Foothill Blvd., Unit C, Lake View Terrace, CA

    g. Gee Gee Equine, 25660 Crenshaw Blvd., Torrance, CA

    h. Calabasas Saddlery, 23998 Craftsman Road, Calabasas, CA

    i. Lauren's Tack Trunk, 24692 Sutton Lane, Laguna Niguel, CA

    j. Mary's Tack and Feed, 3675 Via De La Valle, Del Mar, CA

    k. Equ Lifestyle Boutique, 2683 Via De La Valle, Ste. G704, Del Mar, CA

    l. American Horse Products, 31896 Plaza Dr., C-4, San Juan Capistrano, CA.

True and correct copies of the printouts from the ROMFH website are attached as Exhibit C.

9. Defendants organized and participated in multiple California trade shows and promotional events to market the ROMFH brand. On many occasions, and yearly, Defendants employed me to attend and coordinate these events on their behalf, all while I was residing and working in California. A true and correct copy of an email where I am coordinating a sponsorship of a California horseshow to promote the ROMFH brand and a flyer are attached as Exhibit D.

10. Throughout my time working under the 2008 Agreement, Defendants classified and compensated me as a California-based employee. They provided me with California-required employment notices and workers' compensation disclosures, and they charged

**DECLARATION OF LAURA F. CORSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUESTRIAN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

3

me solely with managing their social media channels for ROMFH and ERS while in California, and to California residents.

11. In 2022, upon my further employment by ERS, I was required to sign a standard new-hire nondisclosure agreement. That agreement explicitly provided that it "shall be governed by and construed in accordance with the laws of the State of California," and that California state and federal courts would have exclusive jurisdiction over any dispute. A true and correct copy of that nondisclosure agreement is attached as Exhibit E.

12. Defendants have repeatedly engaged California-based service providers to administer and support their California operations, including AspenHR for payroll and benefits administration, and have routed my compensation through their California entities Global Specialties Direct, Inc. ("GSD"), American Specialties, Inc. ("ASI") and AspenHR. A true and correct copy of an email chain showing payments were to be made through ASI as Exhibit F. A true and correct copy of a paystub showing I was paid through GSD is attached as Exhibit G. A true and correct copy of a W-2 showing I was paid through AspenHR is attached as Exhibit H.

13. In June 2024, I relocated my residence to Lawrence County, Tennessee. Prior to that date, I continuously resided in California from March 2008 through August 2020, and Reno, Nevada from September 2020 through May 2024.

14. As a 50% owner in the ROMFH brand, I can confirm that California is a major source of revenue for the brand, and that the Defendants in this case, since 2008, have directed extensive activities to California, including the marketing, promotion and sales or the brand, and development of relationships with retailers and service providers.

15. To my knowledge, Defendants have maintained continuous sales and marketing activities as described above in California, making it the proper venue for this action.

///

///

///

**DECLARATION OF LAURA F. CORSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

4

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: Jul 18, 2025 _____

_____
Laura F. Corsi (Jul 18, 2025 19:16 CDT)

Laura F. Corsi, Plaintiff

DECLARATION OF LAURA F. CORSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

5

## Re: From Cyrus Boatwalla ITR Industries

From:    Laura Romfh (romfhequ@yahoo.com)

To:      cboatwalla@itrindustries.com

Cc:      prolla@itrindustries.com; jlogerfo@englishridingsupply.com; cboatwalla@itrindustries.com; mdiamond@englishridingsupply.com

Date:    Monday, September 18, 2006 at 10:05 PM EDT

Hi Cyrus,

I sent you the Romfh sales history last week. Please let me know if you have any questions.

I also sent a set of samples to one of the ERS sales reps for feedback. She will be forwarding these samples to Michael this week.

As per our last conversation, please advise if I should be making arrangements to come out to the east coast.

Regards,

Laura Romfh


--- "Cyrus D. Boatwalla"
<cboatwalla@itrindustries.com> wrote:

> Laura,
>
> Thank you for our conversation yesterday
>
> Just to re-cap a bit ...
>
> Given your understanding of English Riding Supply
> (ERS), I explained a little about ITR Industries so
> you were a more familiar with us and so you could
> have a higher level of comfort regarding the
> structure that supports ERS.  ITR Industries is the
> majority owner of ERS, and we provide financing,
> legal support, IT support, operational support,
> on-going guidance, and perform accounting functions
> etc. for them as with all our companies.  The owners
> of ITR Industries are Peter Rolla and Adrienne
> Rolla.
>
> We want to grow the ERS business and owning Romfh
> seems to be a very good fit for us and I hope you
> see it as a good fit as well.
>
> The websites below represent the majority of our
> portfolio of companies.
>
>       http://www.americanspecialties.com/
>       http://www.asilockers.com/
>       http://www.globalpartitions.com/
>       http://www.accuratepartitions.com/
>       http://www.jkittredge.com/
>       http://www.specialties-direct.com/
>       http://www.englishridingsupply.com/
>
> Possible deal
> As I suggested if we are to strike a deal with you,
> we would want to own the brand so we can invest in
> inventory, processes, marketing, personnel etc. with
> peace of mind that we are investing in our own
> entity.
>

about blank                                    <span style="color:red">Exhibit A</span>                                    1/2

> To review our offer ... In year one, we would pay
> you $25.0K for the brand and additionally pay you a
> royalty of 7.5% of wholesale sales for your design
> and development.  In year one, we would guarantee
> you at least $45.0K in royalties.  This would give
> you a guaranteed $70.0K in the first year.
> Subsequent to that first year, we would pay you
> royalties of 7.5% of wholesale and we hope that with
> our marketing efforts, your design capabilities and
> with our distribution expertise that would provide a
> very nice package to you.
>
> We would in turn bear manufacturing and marketing
> costs, salespersons commissions and selling costs,
> warehousing and trade show costs and any other
> operating costs associated with running a business.
> We would also bear the responsibility of running all
> these functions for Romfh.  Laura since we will have
> a vested interest in growing Romfh, you will find
> our efforts to be much more focused and driven than
> your recent experience with Choice Brands and I want
> to allay your fears regarding that.  Also by coming
> into the ITR family of companies, you get the
> backing of experience in the equestrian business and
> a lot of support from professional people who have
> run successful businesses for a long time.  The
> folks at ITR have professional experiences ranging
> from manufacturing and brand management, to
> international sourcing, legal experience, vendor
> negotiations and even Wall Street.
>
> I also want to take this opportunity to invite you
> to our headquarters in Yonkers, NY at your
> convenience to meet some of these people and so you
> could also see one of our other operations first
> hand.
>
> I look forward to speaking again on Thursday to hear
> your thoughts regarding our initial conversation.
>
> Cyrus D. Boatwalla
> 914.476.9000 ext. 422
>
>
>
>
>
>
>
>



Exhibit B

romfh.com/find-a-store/?location=MendocinoCA,%20USA&radius=999

MendocinoCA, USA

⊕ Get my Position    ⟲ Reset all Filters    ⊕ Show all Stores

**FIND A STORE**

FILTER

999 mi

**MARY'S TACK AND FEED >**
3675 VIA DE LA VALLE
DEL MAR
California US
Tel.: 858-755-2015
Website: https://marystack.com/
⊕ GET DIRECTION    ☏ CALL NOW

**EQU LIFESTYLE BOUTIQUE >**
2683 VIA DE LA VALLE STE G704
DEL MAR
California US
Tel.: 619-851-4301
⊕ GET DIRECTION    ☏ CALL NOW

**AMERICAN HORSE PRODUCTS >**
31896 PLAZA DRIVE C4
SAN JUAN CAPISTRANO
California US
Tel.: 949-248-5300
⊕ GET DIRECTION    ☏ CALL NOW

**LAUREN'S TACK TRUNK >**
24692 SUTTON LANE
LAGUNA NIGUEL
California US
Tel.: 949-429-5560
⊕ GET DIRECTION    ☏ CALL NOW

**GEE GEE EQUINE >**
25660 CRENSHAW BLVD
TORRANCE
California US
Tel.: 424-263-5914
⊕ GET DIRECTION    ☏ CALL NOW

**GEE GEE EQUINE >**    ✕
25660 CRENSHAW BLVD
TORRANCE
California US
Tel.: 424-263-5914
⊕ GET DIRECTION
☏ CALL NOW

About Us
Our Riders

Our Products
Breeches        Belts
Shirts          Stock Ties
Equestrian Outerwear    Ladies' Plus Size
Gloves

Find A Store
Contact Us

520 Kane Street
Scranton, PA 18505

info@englishridingsupply.com

Exhibit C

2025 Romfh® | © All rights reserved to English Riding Supply Inc. Family of Brands.

romfh.com/find-a-store/?location=MendocinoCA,%20USA&radius=999

MendocinoCA, USA

⊕ Get my Position    ⟲ Reset all Filters    ⊕ Show all Stores

**FIND A STORE**

**FILTER**

999 mi

**DAMOORS FEED AND TACK >**
1532 RIVERSIDE DRIVE
GLENDALE
California US
Tel.: 818-242-2841
⊕ GET DIRECTION    ☎ CALL NOW

**VALENCIA SPORT SADDLERY >**
11355 FOOTHILL BLVD, UNIT C
LAKE VIEW TERRACE
California US
Tel.: 818-834-5500
⊕ GET DIRECTION    ☎ CALL NOW

**CALABASAS SADDLERY >**
23998 CRAFTSMAN ROAD
CALABASAS
California US
Tel.: 818-591-0292
⊕ GET DIRECTION    ☎ CALL NOW

**DRESSAGE EXTENSIONS >**
11943 DISCOVERY CT.
MOORPARK
California US
Tel.: 805-222-1141
Website: https://www.dressageextensions.com/
⊕ GET DIRECTION    ☎ CALL NOW

**WC EQUESTRIAN >**
7660 S DEAN MARTIN DR #204
LAS VEGAS
Nevada US
Tel.: 702-270-2222
⊕ GET DIRECTION    ☎ CALL NOW

**WC EQUESTRIAN LAS VEGAS >**
6415 S TENAYA WAY # 120
LAS VEGAS
Nevada US
Tel.: 702-270-2222
⊕ GET DIRECTION
☎ CALL NOW

About Us
Our Riders

Our Products

Breeches          Belts
Shirts            Stock Ties
Equestrian Outerwear    Ladies' Plus Size
Gloves

Find A Store
Contact Us

520 Kane Street
Scranton, PA 18505

info@englishridingsupply.com

Exhibit C

2025 Romfh® | © All rights reserved to English Riding Supply Inc. Family of Brands.

romfh.com/find-a-store/?location=MendocinoCA,%20USA&radius=999

MendocinoCA, USA

⊕ Get my Position    ⟳ Reset all Filters    ⊕ Show all Stores

**FIND A STORE**

FILTER

999 mi

**DAMOORS FEED AND TACK ›**
1532 RIVERSIDE DRIVE
GLENDALE
California US
Tel.: 818-242-2841
⊕ GET DIRECTION    ☏ CALL NOW

**VALENCIA SPORT SADDLERY ›**
11355 FOOTHILL BLVD, UNIT C
LAKE VIEW TERRACE
California US
Tel.: 818-834-5500
⊕ GET DIRECTION    ☏ CALL NOW

**CALABASAS SADDLERY ›**
23998 CRAFTSMAN ROAD
CALABASAS
California US
Tel.: 818-591-0292
⊕ GET DIRECTION    ☏ CALL NOW

**DRESSAGE EXTENSIONS ›**
11943 DISCOVERY CT.
MOORPARK
California US
Tel.: 805-222-1141
Website: https://www.dressageextensions.com/
⊕ GET DIRECTION    ☏ CALL NOW

**WC EQUESTRIAN ›**
7660 S DEAN MARTIN DR #204
LAS VEGAS
Nevada US
Tel.: 702-270-2222
⊕ GET DIRECTION    ☏ CALL NOW

**CALABASAS SADDLERY ›**
23998 CRAFTSMAN ROAD
CALABASAS
California US
Tel.: 818-591-0292
⊕ GET DIRECTION
☏ CALL NOW

About Us
Our Riders

Our Products
Breeches
Shirts
Equestrian Outerwear
Gloves
Belts
Stock Ties
Ladies' Plus Size

Find A Store
Contact Us

520 Kane Street
Scranton, PA 18505

info@englishridingsupply.com

Exhibit C

2025 Romfh® | © All rights reserved to English Riding Supply Inc. Family of Brands.



Exhibit C

 Gmail

**Cathleen Fox <cathleen@katiecharlestonlaw.com>**

## Fw: sponsorship confirming
1 message

**Laura Romfh** <romfhequ@yahoo.com>                                         Thu, Jul 17, 2025 at 11:38 AM
To: Katie Charleston <katie@katiecharlestonlaw.com>, Cathleen Fox <cathleen@katiecharlestonlaw.com>

Hi Katie,

This is discussing a horse show in Calabasas, CA which Romfh/ERS sponsored. I generally attended a lot of these horse shows to present the awards.

Thanks,

### ~ Laura Romfh

Founder ~ Romfh Equestrian Apparel

----- Forwarded Message -----
**From:** Laura Romfh <romfhequ@yahoo.com>
**To:** "apembleton@englishridingsupply.com" <apembleton@englishridingsupply.com>
**Sent:** Tuesday, May 26, 2009 at 03:06:23 PM CDT
**Subject:** Fw: sponsorship confirming

FYI

### ~ Laura

----- Forwarded Message ----
**From:** "jayzoo@cox.net" <jayzoo@cox.net>
**To:** Laura Romfh <romfhequ@yahoo.com>; Valerie Goodman <valeriegoodman@cox.net>
**Sent:** Tuesday, May 26, 2009 1:04:38 PM
**Subject:** RE: sponsorship confirming

As long as the ad is in .pdf format, we can size the ad to fit our Program Book. Please send as soon as you can to my email: jayzoo@cox.net.

Judy
---- Valerie Goodman <valeriegoodman@cox.net> wrote:
> Hi Laura,
>
> The size the of the ad is 5 x 7. We need to get it ASAP (like yesterday).
> I'm copying our program designer on this to leave a space in the book for
> you. Judy, are we still ok on this deadline?
>
>
>
> Sincerely,
> Valerie                                 Exhibit D
>

> ‾‾‾‾
>
> From: Laura Romfh [mailto:romfhequ@yahoo.com]
> Sent: Tuesday, May 26, 2009 9:21 AM
> To: Valerie Goodman
> Cc: Amy Pembleton
> Subject: Re: sponsorship confirming
>
>
>
> Hi Valerie,
>
> Here is the Romfh digital logos as requested. What are the specs needed for
> the full page Romfh ad?
>
>
>
> ~ Laura
>
>
>
>
>
>
> ‾‾‾‾
>
> From: Valerie Goodman <valeriegoodman@cox.net>
> To: Laura Romfh <romfhequ@yahoo.com>
> Sent: Saturday, May 23, 2009 11:50:47 AM
> Subject: RE: sponsorship confirming
>
> That makes sense! Thank you and let me know how to get the $$ and pick up
> the bridle! :-) :-)
>
>
> ‾‾‾‾
>
> From: Laura Romfh [mailto:romfhequ@yahoo.com]
> Sent: Saturday, May 23, 2009 10:55 AM
> To: Valerie Goodman
> Subject: Re: sponsorship confirming
>
>
>
> I think we'll have to replace the whole bridle. It's inexpensive (because
> it's at cost), just keep the cute brow band I gave you and place the rest.
> That way you'll have a backup reins and cheek pieces, etc. and a back-up
> brow band too. Or I can just get you the crow, but it's not a comfort crown
> and there's no throat latch. :-/
>
> It'll run between $75 - $85 (I'm guessing). I'll let you know once I know
> for sure.
>
>
>
> ~ Laura
> 760-415-1380 cell
>
>
>
>
>
>
> ‾‾‾‾
>
> From: Valerie Goodman < valeriegoodman@cox.net >
> To: Laura Romfh <romfhequ@yahoo.com>
> Sent: Saturday, May 23, 2009 10:08:14 AM

Exhibit D

> Subject: RE: sponsorship confirming
>
> Thank you Laura... Can you tell me in "general" what Calabassas is bringing?
> BTW, I love that store!  I want to buy a replacement bridle from you. Do you
> just sell the "part"?  It was totally my fault, I was being lazy and took my
> saddle off with Indy standing in the barn isle. She stepped on her reins and
> the bridle when kaboom!
>
>
>
>  _____
>
> From: Laura Romfh [mailto:romfhequ@yahoo.com]
> Sent: Saturday, May 23, 2009 10:02 AM
> To: Valerie Goodman
> Subject: Re: sponsorship confirming
>
>
>
> Sorry, The full name is 2K Trainer Top, but I dropped the 'Top' part a while
> ago because I thought it sounded hoakie.
>
>
>
> Laura
> 760-415-1380 cell
>
>
>
>
>
>  _____
>
> From: Valerie Goodman < valeriegoodman@cox.net >
> To: Laura Romfh <romfhequ@yahoo.com>
> Sent: Saturday, May 23, 2009 9:47:42 AM
> Subject: RE: sponsorship confirming
>
> This sounds great! What's a "trainer" by the way?
>
>
>
> Sincerely,
> Valerie
>
>  _____
>
> From: Laura Romfh [mailto:romfhequ@yahoo.com]
> Sent: Saturday, May 23, 2009 9:38 AM
> To: Valerie Goodman
> Cc: Diana Soto
> Subject: Re: sponsorship confirming
>
>
>
> Hi Val,
>
> Here is what I want to offer for the $500 prize:
> Romfh Cap Sleeve Polo - ($45)
> Romfh Debute Pull-on Breech - ($75)
> Romfh 2K Trainer - ($49)
> Romfh International Euro Seat Breech - ($99)
> Romfh Tempo Show Shirt - ($45)
> Ovation Gold Circuit Natural Paddock Boot ($135)
> Pro Top Grain Ribbed Half Chaps ($70)

Exhibit D

> "Be in cool and comfortable style with over $500 in products from Ovation
> and Romfh Equestrian Apparel including Romfh Technical cooling Tops and
> Breeches and Ovation's newest All Natural Paddock boots!"
>
> What do you think?
>
>
>
> Laura
> 760-415-1380 cell
>
>
>
>
>
>  _____
>
> From: Valerie Goodman < valeriegoodman@cox.net >
> To: Laura Romfh <romfhequ@yahoo.com>
> Sent: Tuesday, May 19, 2009 2:37:26 PM
> Subject: sponsorship confirming
>
>
>
> Hi Laura,
>
> I just received a call from our horseshow manager and we're trying to get
> final confirmation on all our major class sponsors for the "prize list"
> that's going to print next week!  Do you have an update for me on whether or
> not it's a go for your company?  Thank you so much,
>
>
>
> Sincerely,
> Valerie
>
>
>

Exhibit D



# Laura Romfh's NDA form for New Hire Forms 2018

**Employee Nondisclosure Agreement**

This agreement (the "Agreement") is entered into by English Riding Supply (the "Company") and its affiliates and Laura Romfh .

## 1.  Company's Trade Secrets

In the performance of Employee's job duties with Company, Employee will be exposed to Company's Confidential Information. "Confidential Information" means information or material that is commercially valuable to Company and not generally known or readily ascertainable in the industry. This includes, but is not limited to:

(a) technical information concerning Company's products and services, including product know-how, formulas, designs, devices, diagrams, software code, test results, processes, inventions, research projects and product development, technical memoranda and correspondence;

(b) information concerning Company's business, including cost information, profits, sales information, accounting and unpublished financial information, business plans, markets and marketing methods, customer lists and customer information, purchasing techniques, supplier lists and supplier information and advertising strategies;

(c) information concerning Company's employees, including salaries, strengths, weaknesses and skills;

(d) information submitted by Company's customers, suppliers, employees, consultants or co-venture partners with Company for study, evaluation or use; and

(e) any other information not generally known to the public which, if misused or disclosed, could reasonably be expected to adversely affect Company's business.

## 2.  Nondisclosure of Trade Secrets

Employee shall keep Company's Confidential Information, whether or not prepared or developed by Employee, in the strictest confidence. Employee will not disclose such information to anyone outside Company without Company's prior written consent. Nor will Employee make use of any Confidential Information for Employee's own purposes or the benefit of anyone other than Company.

However, Employee shall have no obligation to treat as confidential any information which:

(a) was in Employee's possession or known to Employee, without an obligation to keep it confidential, before such information was disclosed to Employee by Company;

(b) is or becomes public knowledge through a source other than Employee and through no fault of Employee; or

(c) is or becomes lawfully available to Employee from a source other than Company.

Exhibit E

**3.   Confidential Information of Others**

Employee will not disclose to Company, use in Company's business, or cause Company to use, any trade secret of others.

**4.   Return of Materials**

When Employee's employment with Company ends, for whatever reason, Employee will promptly deliver to Company all originals and copies of all documents, records, software programs, media and other materials containing any Confidential Information. Employee will also return to Company all equipment, files, software programs and other personal property belonging to Company.

**5.   Confidentiality Obligation Survives Employment**

Employee's obligation to maintain the confidentiality and security of Confidential Information remains even after Employee's employment with Company ends and continues for so long as such Confidential Information remains a trade secret.

**6.   General Provisions**

(a) Relationships: Nothing contained in this Agreement shall be deemed to make Employee a partner or joint venturer of Company for any purpose.

(b) Severability: If a court finds any provision of this Agreement invalid or unenforceable, the remainder of this Agreement shall be interpreted so as best to effect the intent of Company and Employee.

(c) Integration: This Agreement expresses the complete understanding of the parties with respect to the subject matter and supersedes all prior proposals, agreements, representations and understandings. This Agreement may not be amended except in a writing signed by both Company and Employee.

(d) Waiver: The failure to exercise any right provided in this Agreement shall not be a waiver of prior or subsequent rights.

(e) Injunctive Relief: Any misappropriation of any of the Confidential Information in violation of this Agreement may cause Company irreparable harm, the amount of which may be difficult to ascertain, and therefore Employee agrees that Company shall have the right to apply to a court of competent jurisdiction for an order enjoining any such further misappropriation and for such other relief as Company deems appropriate. This right is to be in addition to the remedies otherwise available to Company.

(f)  Indemnity: Employee agrees to indemnify Company against any and all losses, damages, claims or expenses incurred or suffered by Company as a result of Employee's breach of this Agreement.

(g) Attorney Fees and Expenses: In a dispute arising out of or related to this Agreement, the prevailing party shall have the right to collect from the other party its reasonable attorney fees and costs and necessary expenditures.

(h) Governing Law. This Agreement shall be governed in accordance with the laws of the State of California.

(i)  Jurisdiction. Employee consents to the exclusive jurisdiction and venue of the federal and state courts located in San Francisco,California in any action arising out of or relating to this Agreement. Employee waives any other venue to which Employee might be entitled by domicile or otherwise.

(j)  Successors & Assigns. This Agreement shall bind each party's heirs, successors and assigns. Company may assign this Agreement to any party at any time. Employee shall not assign any of his or her rights or obligations under this Agreement without Company's prior written consent. Any assignment or transfer in violation of this section shall be void.

## 7.  Signatures

Employee has carefully read all of this Agreement and agrees that all of the restrictions set forth are fair and reasonably required to protect Company's interests. Employee has received a copy of this Agreement as signed by the parties.

**I have read this Agreement carefully, and I understand and agree to its terms.**
LAURA ROMFH

**Electronic Signature:**

**Signed On :** 2022-1-7 15:32 by Laura Romfh

 **Gmail**

Cathleen Fox <cathleen@katiecharlestonlaw.com>

## Fwd: FW: CA w/c forms

1 message

**Laura Romfh** <laura.romfh@gmail.com>                Thu, Jul 17, 2025 at 10:44 AM
To: Katie Charleston <katie@katiecharlestonlaw.com>, Cathleen Fox <cathleen@katiecharlestonlaw.com>

Hi Katie and Cathleen,

Here's some documentation for when ASI/ERS ran my payments through their CA business. I'll find some pay stubs and forward those, as well.

Thanks,

Laura

---------- Forwarded message ---------
From: **Michele M. Yohey** <myohey@englishridingsupply.com>
Date: Tue, Feb 2, 2010 at 3:35 PM
Subject: FW: CA w/c forms
To: Laura Romfh <romfhequ@yahoo.com>


Laura,


Please read below and sign the attached paperwork and give back to me.  You will be paid next Wednesday and it will be a check for 40 hours.


*Michele M. Yohey*

*Credit Manager/Operations Manager*

*English Riding Supply, Inc*

*520 Kane Street*

*Scranton, PA  18505*

*Phone 1-866-569-1600 Ext 250*

*Credit Dept Fax 1-570-969-4093*

*myohey@englishridingsupply.com*

---

**From:** Romie Munilall
**Sent:** Tuesday, February 02, 2010 4:31 PM
**To:** Michele M. Yohey

Exhibit F

**Cc:** Gary Drossman
**Subject:** CA w/c forms

Michele,

Thanks, I got the paper work, I am sending you CA w/c forms for Laura to complete and return to us. She will be paid weekly, as such any changes to her payroll will have to be submitted to us on Monday morning, we will assume if we do not hear from you Laura will be paid 40 hrs for the week, her pay date will be Wednesday and we will be mailing her direct deposit stub to her home address. She will be enroll into the company's medical after 90 days, and into the 401K plan after one year.

*Thanks*

*Romie Munilall*

*American Specialties, Inc.*

*Phone 914-476-9000 ext 397*

---

**From:** Scanner@americanspecialties.com [mailto:Scanner@americanspecialties.com]
**Sent:** Tuesday, February 02, 2010 12:03 AM
**To:** Romie Munilall
**Subject:** ASI Scan

--
~ Laura Romfh
Romfh Equestrian Apparel

---

 **SASI10020205030.pdf**
253K

**Liberty Mutual Group MPN**
**Form B - Employee Notification Confirmation**

In order to confirm that you have received appropriate notification regarding the Liberty Mutual Group Medical Provider Network (MPN) please complete and sign the attached form.  This form <u>must</u> be returned to your employer or your Claims Case Manager at the time you first receive employee notification information about the MPN.  This may occur at the time of your employer's MPN presentation, at the time of hire, at the time of your report of injury or at the time you transfer into the MPN.


_____          _____
(Employee Signature)                                                            (Date)



_____
(Print Full Name)



_____
(Name of Employer)


"Any person who makes or causes to be made any knowingly false, or fraudulent material statement or material representation for the purposes of obtaining or denying workers' compensation benefits or payments is guilty of a felony"

**EMPLOYEE NOTIFICATION**

**Liberty Mutual Group**

**Medical Provider Network**

**For The**

**State of California**

**IMPORTANT INFORMATION REGARDING YOUR WORKERS COMPENSATION BENEFITS**

## MEDICAL TREATMENT FOR WORK RELATED INJURIES

Recent changes in California's workers' compensation laws now allow insurers and self-insured employers to direct injured employees to a medical provider network (MPN) for medical treatment if they receive state approval for the network.

The State of California has certified the Liberty Mutual Group Medical Provider Network (MPN) under California Labor Code section 4616 et seq. and Division of Workers' Compensation regulations to provide all necessary medical care, treatment and services for your work related injury.

The goals of the MPN program are to ensure that:

• You have access to prompt, efficient, and quality medical care, treatment and services for occupational injuries and illnesses.

• You have increased access to occupational health services and specialists.

• You receive ongoing medical review of treatment.

All rendered treatment will be consistent with recommended standards set forth in the American College of Occupational and Environmental Medicine (ACOEM) Occupational Medical Practice Guidelines, evidence based medical guidelines or with guidelines adopted by the DWC Administrative Director.

You may pre-designate your physician(s) prior to injury if:

• You have received care with the physician, and

• The physician agrees to be your primary treating physician.

If your physician does not agree to participate in this capacity, you will be required to seek medical care with a MPN provider.

1

**EMPLOYEE NOTIFICATION**

Access to MPN Services

The MPN shall ensure that a MPN primary care physician, a hospital, or a provider of all emergency health care services are located within thirty (30) minutes or fifteen (15) miles from your residence or work place. Other occupational health services and specialists must be within sixty (60) minutes or thirty (30) miles from your residence or work place. You may consult with your employer for physician, hospital or other medical care recommendations within the MPN.

Should you have a work-related injury, your supervisor will help to ensure that you receive prompt initial care and medical attention through a MPN provider.

- On the job injuries must immediately be reported to your supervisor.

- Upon being notified of an on the job injury, your supervisor will immediately direct you to a primary care MPN physician who will provide you with the necessary initial and subsequent medical care required for your injury. At the time of your referral for initial care, you will be informed of your right after your initial visit with a MPN provider to be treated by a physician of your choice within the MPN and how to obtain a directory of available MPN providers.

- The Liberty Mutual Group MPN physician/provider directory will be available to your employer, physician and you. You may contact your supervisor or Claims Case Manager to request a regional and/or full listing of the MPN provider network. Your employer or Claims Case Manager will provide you the options of receiving (a) an internet link and password to electronically access a regional and/or full listing of the MPN provider network via the Provider Referral Services (PRS) system; (b) a printed copy of the regional and/or full listing of the MPN provider network; and/or (c) a printed copy of a regional and or full listing of MPN providers by calling either the Liberty Provider Referral Line, 1-800-944-0443 or the Wausau Provider Referral line, 1-888-398-6333."

- If you need emergency health care services, please proceed to the nearest hospital or emergency medical facility and notify your employer immediately but no later than within 48 hours of treatment. The Liberty Mutual Group MPN shall allow the emergency health care services by the hospital or medical facility until such time that your physician considers you to be in stable medical condition and recommends that you may return to your residence or your employer's workplace. You will then continue your medical treatment with a MPN physician or provider under the provisions of the Liberty Mutual Group MPN.

- For non-emergency services, an appointment for initial treatment with a MPN physician will be available within three (3) business days of your request for treatment. For non-emergency specialist services to treat common injuries experienced at work, an appointment with a specialist within the MPN will be available within twenty (20) business days of your request for a referral.

- If you are temporarily working or traveling for work and require treatment outside the MPN service area and need emergency health care services proceed as stated above. If you require non-emergency medical treatment outside of the MPN service area, you should notify your supervisor of your need for medical treatment outside the MPN Service Area. The Claims Case Manager will assist you, if necessary, in obtaining appropriate medical treatment from a physician or other providers outside the MPN service area.

2

## EMPLOYEE NOTIFICATION

- If you require medical treatment in certain rural or unpopulated areas where health facilities are located at least 30 miles apart, you must notify your employer or Claims Case Manager. You may need to treat with a physician or provider outside of the MPN service area. If necessary, the Claims Case Manager will provide you with a MPN provider directory.

- If your physician prescribes durable medical equipment, home health services, or medications for you, please contact your Claims Case Manager who will contact the ancillary service provider. The service provider will contact you directly to arrange for service delivery.

- If you need transportation to your MPN physician or medical facility please contact your Claims Case Manager who will make the necessary arrangements. The service provider will contact you directly to arrange for service delivery.

- If you need language translation services provided to you at the time of your medical appointment please contact your Claims Case Manager who will make the necessary arrangements. The service provider will contact you directly to arrange for service delivery.

Changing Your Treating Physician Within the MPN

- If you are not satisfied with the services of a MPN provider anytime after your initial medical evaluation, you will be allowed to change to another provider of your choice within the MPN.

- Non-emergency treatment, incurred outside of the MPN may not be paid unless the request is received by a Claims Case Manager, in advance. This written request should also document the reason for the requested change.

Your supervisor or the Claims Case Manager can assist you in choosing a geographically convenient provider in the MPN and will be able to assist you to ensure that you receive the appropriate medical attention needed to get you back to work.

- If you have difficulty scheduling an appointment with a MPN physician or provider you should notify the Claims Case Manager. The Claims Case Manager will contact the physician or provider on your behalf to schedule an appointment. If the physician or provider cannot accommodate your appointment request within the required timeframes the Claims Case Manager will notify you and when necessary, will provide to you a full listing and/or regional MPN directory of the names of physicians or providers who are accessible to you for you to choose another physician or provider.

Transfer of Ongoing Medical Care to MPN Provider

If you are currently being treated for a work related injury or illness by a physician or other health care provider that becomes a provider in the MPN, you may continue treatment with your physician or health care provider through the MPN.

If you are being treated for a work related injury or illness by a physician or other health care provider that is not in the MPN, you may continue to receive treatment from your physician or provider for the duration of any acute condition. An acute condition is a medical condition that involves a sudden onset of symptoms due to an illness, injury, or other medical problem that requires prompt medical attention and that has a duration of not more than 30 days. Completion of treatment shall be provided for the duration of the acute condition.

3

## EMPLOYEE NOTIFICATION

For a serious chronic condition, you may complete treatment with your physician or other health care provider that is not in the MPN for a period of time, up to one year, necessary to complete the course of treatment approved by your insurer or employer and to arrange transfer to another provider within the MPN, as determined by your insurer or employer. A serious chronic condition is a medical condition due to disease, illness, catastrophic injury, or other medical problem or medical disorder that is serious in nature that persists without full cure or worsens over 90 days and requires ongoing treatment to maintain remission or prevent deterioration. The one year period for completion of treatment starts from the date of determination that the employee has a serious chronic condition.

You will continue to have coverage and may complete treatment with your physician or other health care provider that is not in the MPN for an incurable or irreversible condition for the duration of a terminal illness which is defined as an incurable or irreversible condition that has a high probability of causing death within one year or less.

You may have surgery or other procedures performed by your physician or other health care provider that is not in the MPN that were authorized by your Claims Case Manager or employer and were recommended and documented by your physician or other health care provider to occur within one hundred and eighty (180) days from the effective date of the MPN.

Your Claims Case Manager or employer will notify you and your primary treating physician in writing of the determination regarding completion of ongoing treatment. You may request a report from your treating physician if you disagree with the determination regarding transfer of ongoing care. If you disagree with the medical determination made by your treating physician regarding transfer of care, you may file a dispute under Labor Code section 4062. The transfer of care will go forward during the dispute resolution process only if your treating physician agrees with your MPN or employer's determination.

### Treatment Provided By A Specialist

If you require treatment by a specialist, you may self-select an appropriate specialist or be referred to a specialist by your physician. Your Claims Case Manager can provide you with a full listing of the MPN provider network or a regional directory of the names of physicians or providers who are accessible to you within 60 minutes or 30 miles of your residence or workplace. Your physician has access to the MPN directory and can also refer you to a specialist within the MPN.

### MPN Continuing Care Policy

As a covered employee in the MPN you have certain rights concerning your medical care. Your rights include allowing you to receive and complete medical treatment for certain medical conditions with your physician who may not be in the MPN. If your physician is terminated from the MPN, on a case-by-case basis, you may be allowed to treat with a specialist who is not within the MPN. A copy of the MPN Continuing Care Policy is available to you upon written request to your Claims Case Manager.

### Procedures for Selecting a Physician for a Second and Third Opinion

If you dispute either the diagnosis or treatment prescribed by your treating physician, you may obtain a Second Opinion and a Third Opinion from other physicians within the MPN. During

4

## EMPLOYEE NOTIFICATION

this process you have the option to continue ongoing treatment with your treating physician or change to another physician of your choice within the MPN pursuant to section 9767.6 of the Department of Workers' Compensation regulations.

A Second Opinion is an opinion rendered by a MPN physician, after an in person examination, to address a dispute that you have over either the diagnosis or the treatment prescribed by your treating physician.

A Third Opinion is an opinion rendered by a MPN physician, after an in person examination, to address a dispute that you have over either the diagnosis or the treatment prescribed by either your treating physician or the physician that rendered a Second Opinion.

To obtain a Second Opinion, you must inform your supervisor or your Claims Case Manager verbally or in writing by letter, fax or electronic mail that you dispute your treating physician's opinion and are requesting a Second Opinion. You may select a physician or specialist from a directory of available MPN providers provided to you by the Claims Case Manager for the Second Opinion. It is your responsibility to make the appointment with the Second Opinion physician within sixty (60) days and inform the Claims Case Manager of the appointment date. The Claims Case Manager will contact the Second Opinion provider in writing to notify that he or she has been selected for a Second Opinion, to describe the nature of the dispute, and provide necessary medical records prior to the appointment date. You will receive a copy of the letter to the Second Opinion physician. Upon your request, you may obtain a copy of your medical records. If the appointment is not made within sixty (60) days of your receipt of the directory of available MPN providers, then you may not obtain a Second Opinion for the disputed diagnosis or treatment of your treating physician. You and your treating physician will receive a copy of the Second Opinion physician's written report within twenty (20) days of the date of your appointment or the receipt of results of any diagnostic tests made at your appointment, whichever is later.

To obtain a Third Opinion, you must inform your supervisor or your Claims Case Manager verbally or in writing by letter, fax or electronic mail that you dispute the second opinion physician's diagnosis or treatment and are requesting a Third Opinion. You may select a physician or specialist from a directory of available MPN providers provided to you by the Claims Case Manager for the Third Opinion. At the time of the selection of the physician for a third opinion, the Claims Case Manager will notify you about the Independent Medical Review process and provide you with an "Application for Independent Medical Review" form as set forth in section 9768.10 of the Department of Workers Compensation regulations. The Claims Case Manager will fill out the "MPN Contact Section" of the form and list the specialty of the treating physician and an alternative specialty, if any, that is different from the specialty of the treating physician.

It is your responsibility to make the appointment with the Third Opinion physician within sixty (60) days and inform the Claims Case Manager of the appointment date. The Claims Case Manager will notify the Third Opinion provider in writing that he or she has been selected for a Third Opinion, describe the nature of the dispute, and provide necessary medical records prior to the appointment date. You will receive a copy of the letter to the Third Opinion physician. Upon your request, you may obtain a copy of your medical records. If the appointment is not made within sixty (60) days of your receipt of a directory of available MPN providers, then you may not obtain a Third Opinion for the disputed diagnosis or treatment of your treating physician. You and your treating physician will receive a copy of the Third Opinion physician's written report within twenty (20) days of the date of your appointment or the receipt of results of any diagnostic tests made at your appointment, whichever is later.

5

**EMPLOYEE NOTIFICATION**

If you disagree with the diagnosis or treatment recommended by the Third Opinion physician, you may file the application form with the California Division of Workers' Compensation Administrative Director to request an Independent Medical Review. If you need assistance contact your supervisor or your Claims Case Manager.

Contact Information

For questions and concerns regarding the MPN program contact your supervisor, the Claims Case Manager, or the Liberty Mutual Group MPN Program Coordinator. The Claims Case Manager and the MPN Program Coordinator may be contacted during normal business hours of 8:00 AM - 5:00 PM PST, Monday through Friday. The MPN Program Coordinator may be contacted at 559-435-2144 x355. The Liberty Mutual Utilization Review Unit may be contacted during normal business hours of 8:30 AM - 6:30 PM PST Monday through Friday at 1-800-664-CARE (2273).

Global Specialties Direct Inc - LAX

10118 Santa Fe Springs Road
Santa Fe Springs, CA 90670
FAX:   (562) 777-1169

LAURA ROMFH                                                    12/16/2015

7040 AVENIDA ENCINAS
#104-633
CARLSBAD,  CA   92011

PAY PERIOD- 12/06/2015 THRU 12/12/2015

|  | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| 15-0000054 | 961.540 SW | 12/12/2015 | D41408 |

|  | HOURS | AMOUNT | YTD |
|---|---|---|---|
| ** EARNINGS |  |  |  |
| Regular |  | 961.54 | 46,634.64 |
| Holiday |  | 0.00 | 1,442.32 |
| ** TAX DEDUCTIONS |  |  |  |
| Federal W/H |  | 84.04 | 4,203.41 |
| FICA |  | 57.66 | 2,883.56 |
| Medicare |  | 13.48 | 674.14 |
| CA  State W/H |  | 21.25 | 1,063.13 |
| CA  State DI |  | 8.37 | 421.36 |
| ** DEDUCTIONS |  |  |  |
| Ins - Pre Tax |  | 26.60 | 1,318.80 |
| Dental Pre T |  | 4.95 | 249.25 |
| 401K % |  | 192.31 | 9,615.50 |
| T & E-ERS |  | 0.00 | -1,129.40 |
| CA DISABILITY |  | 0.00 | -2.78 |
| ** DIRECT DEPOSITS |  |  |  |
| WELLS FARGO        9338311765 |  | 552.88 | 28,779.99 |

Exhibit G

| CHECK AMOUNT: | 0.00 |  | TOTAL DIR DEP: | 552.88 | 28,779.99 |
|---|---|---|---|---|---|
| GROSS EARNINGS: | 961.54 | 48,076.96 | TOTAL DEDUCT: | 408.66 | 19,296.97 |
| NET EARNINGS: | 552.88 |  |  |  |  |

Global Specialties Direct Inc - LAX

10118 Santa Fe Springs Road
Santa Fe Springs, CA 90670
FAX:   (562) 777-1169

LAURA ROMFH                                              12/16/2015

7040 AVENIDA ENCINAS
#104-633
CARLSBAD,  CA   92011

PAY PERIOD- 12/06/2015 THRU 12/12/2015

|  | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| 15-0000054 | 961.540 SW | 12/12/2015 | D41408 |

| | HOURS | AMOUNT | YTD |
|---|---|---|---|
| ** EARNINGS | | | |
| Regular | | 961.54 | 46,634.64 |
| Holiday | | 0.00 | 1,442.32 |
| ** TAX DEDUCTIONS | | | |
| Federal W/H | | 84.04 | 4,203.41 |
| FICA | | 57.66 | 2,883.56 |
| Medicare | | 13.48 | 674.14 |
| CA  State W/H | | 21.25 | 1,063.13 |
| CA  State DI | | 8.37 | 421.36 |
| ** DEDUCTIONS | | | |
| Ins - Pre Tax | | 26.60 | 1,318.80 |
| Dental Pre T | | 4.95 | 249.25 |
| 401K % | | 192.31 | 9,615.50 |
| T & E-ERS | | 0.00 | -1,129.40 |
| CA DISABILITY | | 0.00 | -2.78 |
| ** DIRECT DEPOSITS | | | |
| WELLS FARGO        9338311765 | | 552.88 | 28,779.99 |

| | | | | | |
|---|---|---|---|---|---|
| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 552.88 | 28,779.99 |
| GROSS EARNINGS: | 961.54 | 48,076.96 | TOTAL DEDUCT: | 408.66 | 19,296.97 |
| NET EARNINGS: | 552.88 | | | | |

## Form W-2 Wage and Tax Statement 2023

| c Employer's name, address and ZIP code    C000294-3062 | 7 Social security tips | 1 Wages, tips, other comp. 9,194.81 | 2 Federal income tax withheld 297.00 |
|---|---|---|---|
| ASPEN HR PEO, LLC<br>545 BOYLSTON STREET,<br>6TH FLOOR<br>BOSTON  MA  02116 | 8 Allocated tips | 3 Social security wages 15,198.32 | 4 Social security tax withheld 942.30 |
| | 9 | 5 Medicare wages and tips 15,198.32 | 6 Medicare tax withheld 220.38 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 DD  6187.52 |
| e Employee's name, address and ZIP code | 13 Statutory Employee / Retirement Plan  X / Third-Party Sick Pay | 14 Other | 12b - 12d Codes D  6003.51 |
| LAURA ROMFH<br>10850 SERRATINA DR<br>RENO  NV  89521-4268 | b Employer ID number<br>a Employ | | |
| 15 State    Employer's state ID no. | 16 State wages, tips, etc. | 17 State income | al wages, tips, etc.  19 Local income tax  20 Locality name |

Copy B to be filed with employee's FEDERAL Tax Return                     OMB No. 1545-0008          2023

## Form W-2 Wage and Tax Statement 2023

| c Employer's name, address and ZIP code    C000294-3062 | 7 Social security tips | 1 Wages, tips, other comp. 9,194.81 | 2 Federal income tax withheld 297.00 |
|---|---|---|---|
| ASPEN HR PEO, LLC<br>545 BOYLSTON STREET,<br>6TH FLOOR<br>BOSTON  MA  02116 | 8 Allocated tips | 3 Social security wages 15,198.32 | 4 Social security tax withheld 942.30 |
| | 9 | 5 Medicare wages and tips 15,198.32 | 6 Medicare tax withheld 220.38 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 DD  6187.52 |
| e Employee's name, address and ZIP code | 13 Statutory Employee / Retirement Plan  X / Third-Party Sick Pay | 14 Other | 12b - 12d Codes D  6003.51 |
| LAURA ROMFH<br>10850 SERRATINA DR<br>RENO  NV  89521-4268 | b Employer ID number<br>a Employee | | |
| 15 State    Employer's state ID no. | 16 State wages, tips, etc. | 17 State Income | ages, tips, etc.  19 Local income tax  20 Locality name |

Copy C for EMPLOYEES RECORDS. (See Notice to Employee).

## Form W-2 Wage and Tax Statement 2023

| c Employer's name, address and ZIP code    C000294-3062 | 7 Social security tips | 1 Wages, tips, other comp. 9,194.81 | 2 Federal income tax withheld 297.00 |
|---|---|---|---|
| ASPEN HR PEO, LLC<br>545 BOYLSTON STREET,<br>6TH FLOOR<br>BOSTON  MA  02116 | 8 Allocated tips | 3 Social security wages 15,198.32 | 4 Social security tax withheld 942.30 |
| | 9 | 5 Medicare wages and tips 15,198.32 | 6 Medicare tax withheld 220.38 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 DD  6187.52 |
| e Employee's name, address and ZIP code | 13 Statutory Employee / Retirement Plan  X / Third-Party Sick Pay | 14 Other | 12b - 12d Codes D  6003.51 |
| LAURA ROMFH<br>10850 SERRATINA DR<br>RENO  NV  89521-4268 | b Employer ID number<br>a Employ | | |
| 15 State    Employer's state ID no. | 16 State wages, tips, etc. | 17 State Income tax | tips, etc.  19 Local income tax  20 Locality name |

Copy 2 to be filed with employee's State, City or Local Tax Return

## Form W-2 Wage and Tax Statement 2023

| c Employer's name, address and ZIP code    C000294-3062 | 7 Social security tips | 1 Wages, tips, other comp. 9,194.81 | 2 Federal income tax withheld 297.00 |
|---|---|---|---|
| ASPEN HR PEO, LLC<br>545 BOYLSTON STREET,<br>6TH FLOOR<br>BOSTON  MA  02116 | 8 Allocated tips | 3 Social security wages 15,198.32 | 4 Social security tax withheld 942.30 |
| | 9 | 5 Medicare wages and tips 15,198.32 | 6 Medicare tax withheld 220.38 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a Code  See inst. for box 12 DD  6187.52 |
| e Employee's name, address and ZIP code | 13 Statutory Employee / Retirement Plan  X / Third-Party Sick Pay | 14 Other | 12b - 12d Codes D  6003.51 |
| LAURA ROMFH<br>10850 SERRATINA DR<br>RENO  NV  89521-4268 | b Employer ID number<br>a Employ | | |
| 15 State    Employer's state ID no. | 16 State wages, tips, etc. | 17 State income | tips, etc.  19 Local income tax  20 Locality name |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.          Copy 2 to be filed with employee's State, City or Local Tax Return

Exhibit  H

## Form W-2 Wage and Tax Statement 2023

| | |
|---|---|
| **7** Social security tips | **1** Wages, tips, other comp. 9,194.81 |
| | **2** Federal income tax withheld 297.00 |
| **c** Employer's name, address and ZIP code  C000294-3062 | |
| **8** Allocated tips | **3** Social security wages 15,198.32 |
| | **4** Social security tax withheld 942.30 |
| ASPEN HR PEO, LLC  545 BOYLSTON STREET,  6TH FLOOR  BOSTON  MA  02116 | **9** |
| **5** Medicare wages and tips 15,198.32 | **6** Medicare tax withheld 220.38 |
| **10** Dependent care benefits | **11** Nonqualified plans |
| **12a** Code  See inst. for box 12  DD  6187.52 | |
| **e** Employee's name, address and ZIP code | **13** Statutory Employee / Retirement Plan X / Third-Party Sick Pay |
| **14** Other | **12b – 12d Codes**  D  6003.51 |
| LAURA ROMFH  10850 SERRATINA DR  RENO  NV  89521-4268 | **b** Employer ID number |
| | **a** Employ |
| **15** State  Employer's state ID no. | **16** State wages, tips, etc. | **17** State income | al wages, tips, etc. | **19** Local income tax | **20** Locality name |

Copy B to be filed with employee's FEDERAL Tax Return

OMB No. 1545-0008     2023

---

## Form W-2 Wage and Tax Statement 2023

| | |
|---|---|
| **7** Social security tips | **1** Wages, tips, other comp. 9,194.81 |
| | **2** Federal income tax withheld 297.00 |
| **c** Employer's name, address and ZIP code  C000294-3062 | |
| **8** Allocated tips | **3** Social security wages 15,198.32 |
| | **4** Social security tax withheld 942.30 |
| ASPEN HR PEO, LLC  545 BOYLSTON STREET,  6TH FLOOR  BOSTON  MA  02116 | **9** |
| **5** Medicare wages and tips 15,198.32 | **6** Medicare tax withheld 220.38 |
| **10** Dependent care benefits | **11** Nonqualified plans |
| **12a** Code  See inst. for box 12  DD  6187.52 | |
| **e** Employee's name, address and ZIP code | **13** Statutory Employee / Retirement Plan X / Third-Party Sick Pay |
| **14** Other | **12b – 12d Codes**  D  6003.51 |
| LAURA ROMFH  10850 SERRATINA DR  RENO  NV  89521-4268 | **b** Employer ID number |
| | **a** Employee |
| **15** State  Employer's state ID no. | **16** State wages, tips, etc. | **17** State Income | ages, tips, etc. | **19** Local income tax | **20** Locality name |

Copy C for EMPLOYEES RECORDS. (See Notice to Employee).

---

## Form W-2 Wage and Tax Statement 2023

| | |
|---|---|
| **7** Social security tips | **1** Wages, tips, other comp. 9,194.81 |
| | **2** Federal income tax withheld 297.00 |
| **c** Employer's name, address and ZIP code  C000294-3062 | |
| **8** Allocated tips | **3** Social security wages 15,198.32 |
| | **4** Social security tax withheld 942.30 |
| ASPEN HR PEO, LLC  545 BOYLSTON STREET,  6TH FLOOR  BOSTON  MA  02116 | **9** |
| **5** Medicare wages and tips 15,198.32 | **6** Medicare tax withheld 220.38 |
| **10** Dependent care benefits | **11** Nonqualified plans |
| **12a** Code  See inst. for box 12  DD  6187.52 | |
| **e** Employee's name, address and ZIP code | **13** Statutory Employee / Retirement Plan X / Third-Party Sick Pay |
| **14** Other | **12b – 12d Codes**  D  6003.51 |
| LAURA ROMFH  10850 SERRATINA DR  RENO  NV  89521-4268 | **b** Employer ID number |
| | **a** Employ |
| **15** State  Employer's state ID no. | **16** State wages, tips, etc. | **17** State Income ta | tips, etc. | **19** Local income tax | **20** Locality name |

Copy 2 to be filed with employee's State, City or Local Tax Return

---

## Form W-2 Wage and Tax Statement 2023

| | |
|---|---|
| **7** Social security tips | **1** Wages, tips, other comp. 9,194.81 |
| | **2** Federal income tax withheld 297.00 |
| **c** Employer's name, address and ZIP code  C000294-3062 | |
| **8** Allocated tips | **3** Social security wages 15,198.32 |
| | **4** Social security tax withheld 942.30 |
| ASPEN HR PEO, LLC  545 BOYLSTON STREET,  6TH FLOOR  BOSTON  MA  02116 | **9** |
| **5** Medicare wages and tips 15,198.32 | **6** Medicare tax withheld 220.38 |
| **10** Dependent care benefits | **11** Nonqualified plans |
| **12a** Code  See inst. for box 12  DD  6187.52 | |
| **e** Employee's name, address and ZIP code | **13** Statutory Employee / Retirement Plan X / Third-Party Sick Pay |
| **14** Other | **12b – 12d Codes**  D  6003.51 |
| LAURA ROMFH  10850 SERRATINA DR  RENO  NV  89521-4268 | **b** Employer ID number |
| | **a** Employe |
| **15** State  Employer's state ID no. | **16** State wages, tips, etc. | **17** State Income | ips, etc. | **19** Local income tax | **20** Locality name |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.          Copy 2 to be filed with employee's State, City or Local Tax Return