Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
1905 S. New Market St., Ste. 169
Carmel, IN 46032
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Laura F. Corsi, (a/k/a Laura F. Romfh)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Laura F. Corsi, (a/k/a Laura F. Romfh),<br><br>     Plaintiff,<br><br>vs.<br><br>English Riding Supply, Inc., et al.<br><br>     Defendants. | Case No.: 2:25-cv-02238-DMG-KES<br><br>**DECLARATION OF KATIE M. CHARLESTON, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT ENGLISH RIDING SUP-PLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>**Complaint Filed: March 13, 2025**<br>**FAC Filed:       June 12, 2025**<br><br>**Hearing Date:     August 8, 2025**<br>**Hearing Time:     9:30 a.m.**<br>**Courtroom:        8C** |

**DECLARATION OF KATIE CHARLESTON, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

1

I, Katie M. Charleston, declare and state as follows:

1.  I am a licensed attorney and shareholder at Katie Charleston Law, PC and attorney of record for Plaintiff Laura F. Corsi in the above-entitled action. The matters contained herein are of my personal knowledge and those that I would testify to if called upon in Court.

2.  Global Specialties Direct Inc. is a California-registered entity as evidenced by the Articles of Organization May 28, 1980 and the Statement of Information filed on February 24, 2025, attached hereto as Exhibits A and B.

3.  AspenHr is a California-registered entity as evidenced by the Articles of Organization July 7, 2017, and the Statement of Information filed on June 17, 2025, attached hereto as Exhibits C and D.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 18, 2025

Katie Charleston, Esq.

**DECLARATION OF KATIE CHARLESTON, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS ENGLISH RIDING SUPPLY, INC.'S AND ERS EQUISTRIAN, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

984171

**FILED**

In the office of the Secretary of State
of the State of California

MAY 28 1980

MARCH FONG EU, Secretary of State

By *Gloria Farrell*

Deputy

ARTICLES OF INCORPORATION
OF
WARDA ENTERPRISES, INC.

ONE:   The name of this corporation is WARDA ENTERPRISES, INC.

TWO:   The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California, other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

THREE:   The name and address in this state of the corporation's initial agent for service of process is JOHN S. YOHANAN, 591 West Hamilton Avenue, Campbell, California, 95008.

FOUR:   The total number of shares which the corporation is authorized to issue is One Hundred Thousand (100,000) shares.

DATED:   May 26, 1980

JOHN S. YOHANAN,   Incorporater

I declare that I am the person who executed the above Articles of Incorporation, and such instrument is my act and deed.

JOHN S. YOHANAN,   Incorporater

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SNATA CLARA )

On this 26th day of May, 1980, before me, LAUREL ANN BECK, a Notary Public, State of California, duly commissioned and sworn, personally appeared JOHN S. YOHANAN known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal in the County of Santa Clara the day and year in this certificate first above written.



LAUREL ANN BECK,   Notary Public

**LAUREL ANN BECK**
NOTARY PUBLIC — CALIFORNIA
PRINCIPAL OFFICE IN
SANTA CLARA COUNTY
My Commission Expires Apr. 27, 1984

BA20250380226



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20250380226

Date Filed: 2/24/2025

| Entity Details | |
| --- | --- |
| Corporation Name | GLOBAL SPECIALTIES DIRECT INC. |
| Entity No. | 0984171 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | 10118 SANTA FE SPRINGS ROAD<br>SANTA FE SPRINGS, CA 90670 |

| Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | 10118 SANTA FE SPRINGS ROAD<br>SANTA FE SPRINGS, CA 90670 |
| Attention | |

| Street Address of California Office of Corporation | |
| --- | --- |
| Street Address of California Office | 10118 SANTA FE SPRINGS ROAD<br>SANTA FE SPRINGS, CA 90670 |

Officers

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| PETER ROLLA | 441 SAW MILL RIVER ROAD<br>YONKERS, NY 10701 | Chief Executive Officer |
| ADRIENNE ROLLA | 441 SAW MILL RIVER ROAD<br>YONKERS, NY 10701 | Secretary, Chief Financial Officer |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

Directors

| Director Name | Director Address |
| --- | --- |
| PETER ROLLA | 441 SAW MILL RIVER ROAD<br>YONKERS, NY 10701 |
| ADRIENNE ROLLA | 441 SAW MILL RIVER ROAD<br>YONKERS, NY 10701 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
| --- | --- |
| Agent Name | Juan Perez |
| Agent Address | 10118 SANTA FE SPRINGS ROAD<br>SANTA FE SPRINGS, CA 90670 |

| Type of Business | |
| --- | --- |
| Type of Business | DISTRIBUTION / WAREHOUSE |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

B3468-9710 02/24/2025 4:39 AM Received by California Secretary of State

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Adrienne Rolla*

Signature

*02/24/2025*

Date

B3468-9711 02/24/2025 4:39 AM Received by California Secretary of State

**2017194104022**

| | | |
|---|---|---|
| Secretary of State<br>**Application to Register a Foreign Limited Liability Company (LLC)** | **LLC-5** | |

**IMPORTANT** — Read Instructions **before** completing this form.

Must be submitted with a current Certificate of Good Standing issued by the government agency where the LLC was formed. See Instructions.

**Filing Fee** – **$70.00**

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Registered LLCs in California may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to https://www.ftb.ca.gov.

**FILED**
**Secretary of State**
**State of California**

**JUL 07 2017**

This Space For Office Use Only

**1a. LLC Name** (Enter the exact name of the LLC as listed on your attached Certificate of Good Standing.)

HRe Solutions, LLC

**1b. California Alternate Name, If Required** (See Instructions – Only enter an alternate name if the LLC name in 1a not available in California.)

**2. LLC History** (See Instructions – Ensure that the formation date and jurisdiction match the attached Certificate of Good Standing.)

| a. Date LLC was formed in home jurisdiction (MM/DD/YYYY)<br>06/05/2017 | b. Jurisdiction (State, foreign country or place where this LLC is formed.)<br>Delaware |
|---|---|

c. Authority Statement (Do not alter Authority Statement)

This LLC currently has powers and privileges to conduct business in the state, foreign country or place entered in Item 2b.

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - **Do not enter a P.O. Box**<br>750 Battery Street, 7th Floor | San Francisco | CA | 94111 |
| b. Street Address of Principal Office in California, if any - **Do not enter a P.O. Box**<br>750 Battery Street, 7th Floor | San Francisco | **CA** | 94111 |
| c. Mailing Address of Principal Executive Office, If different than item 3a | | State | Zip Code |

**4. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation)<br>Robert | Middle Name<br>A. | Last Name<br>Raynard | | Suffix |
|---|---|---|---|---|
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box**<br>750 Battery Street, 7th Floor | City (no abbreviations)<br>San Francisco | State<br>**CA** | Zip Code<br>94111 | |

CORPORATION – Complete Item 4c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

**5. Read and Sign Below** (See Instructions. Title not required.)

I am authorized to sign on behalf of the foreign LLC.

| Signature | Robert A. Raynard, Manager |
|---|---|
| | Type or Print Name |

LLC-5 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "HRE SOLUTIONS, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE SEVENTH DAY OF JULY, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "HRE SOLUTIONS, LLC" WAS FORMED ON THE FIFTH DAY OF JUNE, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

6435426  8300

SR# 20175125821

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202842825

Date: 07-07-17

20171941 04 02

BA20251302683



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION
LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20251302683 |
| Date Filed: 6/17/2025 |

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | ASPENHR, LLC |
| Entity No. | 201719410402 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 26133 US 19 NORTH, STE 308 CLEARWATER, FL 33763 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 26133 US 19 NORTH, STE 308 CLEARWATER, FL 33763 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | None |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| ▣ Jenny Souksavath | 26133 US 19 NORTH, STE 308 CLEARWATER, FL 33763 |
| ▣ Mark Sinatra | 26133 US 19 NORTH, STE 308 CLEARWATER, FL 33763 |
| ⊞ JOE MAUCERI | 26133 US 19 NORTH, STE 308 CLEARWATER, FL 33763 |
| ⊞ Ken Monce | 26133 US 19 NORTH, STE 308 CLEARWATER, FL 33763 |

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | CAPITOL CORPORATE SERVICES, INC. Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | Payroll provider |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
| --- | --- |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

B3782-7723 06/17/2025 2:03 PM Received by California Secretary of State

Electronic Signature

☒  By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by
California law to sign.

*JOE MAUCERI*                                          *06/17/2025*
Signature                                              Date

B3782-7724 06/17/2025 2:03 PM Received by California Secretary of State