Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
1905 S. New Market St., Ste. 169
Carmel, IN 46032
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Laura F. Corsi, (a/k/a Laura F. Romfh)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Laura F. Corsi, (a/k/a Laura F. Romfh),<br><br>    Plaintiff,<br><br>vs.<br><br>English Riding Supply, Inc., et al.<br><br>    Defendants. | Case No.: 2:25-cv-02238-DMG-KES<br><br>**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR EXTENSION TO FILE OPPOSITION**<br><br>**JURY TRIAL DEMANDED**<br><br>**Complaint Filed: March 13, 2025**<br>**FAC Filed:** **June 12, 2025**<br><br>**Hearing Date:** **August 29, 2025**<br>**Hearing Time:** **9:30 a.m.**<br>**Courtroom:** **8C** |

**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR EXTENSION TO FILE OPPOSITION**

1

Plaintiff, Laura F. Corsi, by counsel, respectfully requests the Court withdraw her Motion for Extension of Time to file her Opposition to Defendants English Riding Supply, Inc.'s and ERS Equestrian, Inc.'s Motion to Dismiss First Amended Complaint [Dkt. 62]. In support thereof, Plaintiff states:

1. On July 18, 2025, the undersigned file a Motion requesting a short extension of time to secure Plaintiff's signature on a supporting declaration to Plaintiff's opposition [Dkt. 62].

2. Shortly thereafter, the undersigned was able to obtain Plaintiff's signature, and Plaintiff's opposition was timely filed without need for extension.

WHEREFORE, the undersigned respectfully requests the Court withdraw Plaintiff's Motion for Extension to file her Opposition to Defendants English Riding Supply, Inc.'s and ERS Equestrian, Inc.'s Motion to Dismiss First Amended Complaint, and for all other proper relief.

Dated: July 21, 2025                    Respectfully submitted,

Katie Charleston Law, PC

By:    /s/ *Katie Charleston*
Katie Charleston, Esq.
Attorney for Plaintiff

**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR EXTENSION TO FILE OPPOSITION**

2