# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Laura F. Corsi, (a/k/a Laura F. Romfh),<br><br>        Plaintiff,<br><br>vs.<br><br>English Riding Supply, Inc., et al.<br><br>        Defendants. | Case No.: 2:25-cv-02238-DMG-KES<br><br>**[PROPOSED] ORDER WITHDRAWING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS** |

**ORDER**

1

This matter is before the Court on Plaintiff's Motion to Withdraw her Motion for Extension of Time to File Opposition to Defendants English Riding Supply, Inc.'s and ERS Equistrian, Inc.'s Motion to Dismiss.  Having read the same and being duly advised the Court grants Plaintiff's request.  Plaintiff's Motion for Extension of Time [Dkt. 62] is hereby withdrawn.

Dated: _____                    _____
                                       Hon. Dolly M. Gee
                                       Judge, USDC Central District of California

---

**ORDER**

2