**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Laura F. Corsi, (a/k/a Laura F. Romfh),<br><br>     Plaintiff,<br><br>vs.<br><br>English Riding Supply, Inc., et al.<br><br>     Defendants. | Case No.: CV 25-02238-DMG (KESx)<br><br>**ORDER RE PLAINTIFF'S WITHDRAWAL OF MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS [62] [65]** |

1

Before the Court is Plaintiff's Motion to Withdraw her Motion for Extension of Time to File Opposition to Defendants English Riding Supply, Inc. and ERS Equestrian, Inc.'s Motion to Dismiss.  [Doc. # 65.]  Parties should not file a formal motion to withdraw another motion.  Local Rule 7-16 outlines the proper procedure for withdrawing a motion: "Any moving party who intends to withdraw a motion before the hearing date . . . must file and serve a notice of withdrawal of the motion . . . immediately, preferably no later than 7 days before the hearing."  The Court therefore construes Plaintiff's motion to withdraw her motion for an extension of time as a notice of withdrawal and **DENIES as moot** both motions.  Plaintiff should make sure to familiarize herself with the Local Rules—similar failure to comply with the Local Rules in the future shall result in the summary denial of the requested relief.

**IT IS SO ORDERED.**

DATE:  July 22, 2025

_____
DOLLY M. GEE
Chief United States District Judge