Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
1905 S. New Market St., Ste. 169
Carmel, IN 46032
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Laura F. Corsi, (a/k/a Laura F. Rumph)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| Laura F. Corsi, (a/k/a Laura F. roof),<br><br>Plaintiff,<br><br>vs.<br><br>English Riding Supply, Inc., et al.<br><br>Defendants. | Case No.: 2:25-cv-02238-DMG-KES<br><br>**NOTICE OF FILING SIGNED DECLARATION IN LIEU OF PREVIOUSLY FILED UNSIGNED VERSION**<br><br>**JURY TRIAL DEMANDED**<br><br>**Complaint Filed:  March 13, 2025**<br>**FAC Filed:        June 12, 2025**<br><br>**Hearing Date:   August 29, 2025**<br>**Hearing Time:   9:30 a.m.**<br>**Courtroom:       8C** |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff hereby files the signed version of the Declaration of Plaintiff, Laura F. Corsi, In Support of Opposition to Defendants English Riding Supply, LLC's (6413166), English Riding Supply Holdings' (64131080), and NCK Capital, LLC'S, Motion to Dismiss First Amended Complaint originally filed on August 8, 2025, as Dkt. No. 71-1 without a signature due to the unavailability of the declarant's signature before the filing deadline.

Pursuant to Federal Rule of Civil Procedure 11(a), this omission is corrected. The attached signed declaration is identical in substance to the previously filed version, with the sole change being the addition of the declarant's signature.

Dated: August 14, 2025                   Respectfully submitted,

                                          Katie Charleston Law, PC

                               By:    /s/ *Katie Charleston*
                                      Katie Charleston, Esq.
                                      Attorney for Plaintiff

---

**NOTICE OF FILING SIGNED DECLARATION IN LIEU OF PREVIOUSLY FILED UNSIGNED VERSION**

2