Katie M. Charleston (SBN 252422)
Katie Charleston Law, PC
1905 S. New Market St., Ste. 169
Carmel, IN 46032
PH: 317-663-9190
Fax: 317-279-6258
Email: katie@katiecharlestonlaw.com

Attorney for Plaintiff, Laura F. Corsi, (a/k/a Laura F. Rumph)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Laura F. Corsi, (a/k/a Laura F. roof),<br><br>      Plaintiff,<br><br>vs.<br><br>English Riding Supply, Inc., et al.<br><br>      Defendants. | Case No.: 2:25-cv-02238-DMG-KES<br><br>**DECLARATION OF PLAINTIFF, LAURA F. CORSI, IN SUPPORT OF OPPOSITION TO DEFENDANTS ENGLISH RIDING SUPPLY, LLC'S (6413166), ENGLISH RIDING SUPPLY HOLDINGS' (64131080), and NCK CAPITAL, LLC'S, MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>*(Filed concurrently with Opposition to Defendants Motion to Dismiss; proposed order)*<br><br>**JURY TRIAL DEMANDED**<br><br>**Complaint Filed:  August 22, 2025**<br>**FAC Filed:          June 12, 2025**<br><br>**Hearing Date:     August 29, 2025**<br>**Hearing Time:     9:30 a.m.**<br>**Courtroom:         8C** |

**DECLARATION OF LAURA F. CORSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

1

I, Laura F. Romfh, declare and state as follows:

1. I am an adult over the age of eighteen (18) years.

2. I am the Plaintiff in this action, and I submit this declaration in support of Plaintiff's Opposition to Defendants English Riding Supply, LLC (6413166), English Riding Supply Holdings (64131080), and NCK ("LLC Defendants") Motion to Dismiss.

3. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto.

4. I am the founder and original designer of the ROMFH brand. I conceived the name, designed the first collection of equestrian apparel, and registered common-law trademark rights in the mark "ROMFH" while living in San Diego, California, in 1996. The name "ROMFH" was derived from my last name, which was, and is again, Romfh.[1]

5. On March 18, 2008, I entered into a written agreement with English Riding Supply, Inc. ("ERS") under which ERS acquired a 50% ownership interest in the ROMFH trademark in exchange for $12,000 in initial consideration, ongoing monthly royalty payments, and my continued design services. A true and correct copy of that agreement is attached as Exhibit A to the First Amended Complaint.

6. From 2008 through at least August 2020, I performed all design and development work under the 2008 agreement from California. I drafted all new product concepts, prototypes, and final patterns while residing here, and shipped all materials and samples from California. I continued to honor the contract terms until being replaced.

7. The 2008 agreement expressly contemplates assignment to "successors-in-interest." Nevertheless, I never received any notice or documentation when ERS purported to assign its rights and obligations under the agreement to any Defendant in this case.

8. Under the agreement, I was required to develop two distinct new product lines for ERS (and its successors) each year, and to make available to them "all inventions,

---

[1] I recently changed my name back to "Romfh" from "Corsi."

**DECLARATION OF LAURA F. CORSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

2

discoveries, improvements, and ideas" I created in connection with the ROMFH business. All such work was performed while I was residing in California.

9. ERS and its successors treated me as a California-based service provider and employee.  I was paid through a California-based payroll administrator, received California wage-statement disclosures, and reported all royalty income on my California tax returns.

10. In or around 2022, I executed a separate nondisclosure agreement with one of the LLC Defendants in which the parties expressly selected California as the exclusive governing law and forum for any disputes.

11. Over the years, I have personally staffed ROMFH trade-show booths in California and maintained ongoing relationships with California retailers, photographers, patternmakers, and other service providers in furtherance of the LLC Defendants and business.  The LLC Defendants have continued to market ROMFH products through a California-based sales representative.

12. I have never lived, worked, or conducted any business in Pennsylvania.  I do not own property there, have no friends or family there, and have no means of supporting travel or lodging for extended litigation.  Being forced to litigate in Pennsylvania would impose severe personal and financial hardship on me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: Aug 11, 2025
_____

_____
Laura F. Romfh, aka Laura F. Corsi,
Plaintiff

**DECLARATION OF LAURA F. CORSI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

3